UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X

YUNIASIH THE,

                Plaintiff,

    v.

HOGSALT,

                Defendant.
X------------------------------------------------------------X

Case No. 1: 25-cv-06755

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Grace Thoeny dated October 27, 2025, the Declaration Susie Winterson dated November 3, 2025, and all pleadings and papers on file herein, Defendant Hogsalt ("Hogsalt"), will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4: (1) compelling plaintiff Yuniasih The to arbitrate all of her claims against Hogsalt; and (2) staying this action pending the outcome of the arbitration proceedings.

Dated: New York, New York

       November 3, 2025

                                              GORDON REES SCULLY MANSUKHANI, LLP

                                        By: */s/ Mercedes Colwin*
                                              Mercedes Colwin, Esq.
                                              Francis J. Giambalvo, Esq.
                                              Talysia Francis, Esq.
                                              Hannah Kucine, Esq.
                                              *Attorneys for Defendants*
                                              1 Battery Park Plaza, 28th Floor
                                              New York, NY 10004
                                              (212) 269-5500
                                              mcolwin@grsm.com
                                              fgiambalvo@grsm.com
                                              tfrancis@grsm.com
                                              hkucine@grsm.com