# EXHIBIT A



Hogsalt Onboarding <onboarding@hogsalt.com>

# Welcome to Hogsalt - Yuni Liem
4 messages

**Rachel Nieman** <rnieman@hogsalt.com>                                                                  Mon, Jan 23, 2023 at 3:21 PM
To: yuniasihthe@yahoo.com
Cc: Hogsalt Onboarding <onboarding@hogsalt.com>, Kimmy Wade <kwade@hogsalt.com>, Erica Autilio <eautilio@nycmonkeybar.com>, Christophe Marchal <cmarchal@nycmonkeybar.com>, Brandon Barnes <bbarnes@nycmonkeybar.com>, Samuel Lucas <slucas@nycmonkeybar.com>

Hi Yuni,

We look forward to having you on the team at Monkey Bar! We are thrilled to have you join the Hogsalt team, and there are a few very important next steps we need to accomplish for your smooth on-boarding. Please ensure you read this email in its entirety and reach out to me with any questions or to receive any assistance in the process.

Your employee profile has already been made in Paylocity, our HR and Payroll software. You should have received 2 emails that include your user name, temporary password and the Company ID you will need to know to gain access into the system. **Please complete your new hire steps through this login before your start date. Also, please note that onboarding cannot be completed through a mobile device, it must be completed on a laptop or desktop. In the case that you need access to such a device, we welcome you to contact us so we can arrange an in-person onboarding opportunity either at our Headquarters or at the location to which you have applied.**

Company ID: 105485
Employee #: 63434

**DIRECT DEPOSIT:** We highly encourage you to enroll in Direct Deposit as it typically gets your funds to you quicker than manually depositing the funds. **Please note, your first check will be a paper check as your bank and payroll will have to validate the routing and account numbers.**

**MANDATORY IMPORTANT FIRST DAY DOCUMENTS NEEDED:** For your first day (**1/24/2023**), you will need to bring Id(s) to finish the hiring process, **which must be completed within three days**. **You will need to bring in the original as we cannot accept copies.** Examples of forms of ID where you are only required to bring in that one form include a non-expired: US Passport, Permanent Resident Card, or an Employment Authorization Card. Examples of combination forms to satisfy the I9 process include a government issued, non-expired picture ID: Driver's License, ID Card, Military Card, Native American Tribal Card, or School ID plus an original, non-expired supporting work authorization document such as a: Birth Certificate or Social Security Card. Please note that we cannot accept a Social Security Card that notes that it is not valid for employment authorization.
For more information on acceptable IDs for the I.9: https://www.uscis.gov/i-9-central/acceptable-documents/list-documents/form-i-9-acceptable-documents

On your first day we will teach you how to clock in/out of your shifts. You will need your Paylocity employee number to clock in. Your Supervisor or Trainer will walk you through this process.

As a new team member, you will be required to join our Vision and Values discussion held virtually every week on Wednesday mornings from 10:30-11AM CST. Your Supervisor will schedule you for the next class after your start date.

In February, we will have our annual open enrollment. At that time, you will be able to enroll/waive in benefits coverage. We will share benefit guides, etc. in the coming weeks. In the meantime, if you have any questions on our benefits program, please let us know.

Best,
Rachel
--

**RACHEL NIEMAN**
HUMAN RESOURCES GENERALIST

**HOGSALT**

WWW.HOGSALT.COM

**2 attachments**


**HOG_Paylocity App_EnglishSpanish.pdf**
351K


**HOW TO_ Onboarding in Paylocity.pdf**
523K

---

**yuniasih liem** <yuniasihthe@yahoo.com>            Tue, Jan 24, 2023 at 8:20 AM
Reply-To: yuniasih liem <yuniasihthe@yahoo.com>
To: rnieman@hogsalt.com
Cc: Hogsalt Onboarding <onboarding@hogsalt.com>, Kimmy Wade <kwade@hogsalt.com>, Erica Autilio <eautilio@nycmonkeybar.com>, Christophe Marchal <cmarchal@nycmonkeybar.com>, Brandon Barnes <bbarnes@nycmonkeybar.com>, Samuel Lucas <slucas@nycmonkeybar.com>

Good morning Rachel

I tried to go to the internet Cafe near my house but it's closed. Is it possible to do it at 54 st location since I don't have laptop. Thank you very much

Sincerely

Yuni The

Sent from Yahoo Mail on Android

[Quoted text hidden]

---

**yuniasih liem** <yuniasihthe@yahoo.com>            Tue, Jan 24, 2023 at 10:38 AM
Reply-To: yuniasih liem <yuniasihthe@yahoo.com>
To: rnieman@hogsalt.com
Cc: Hogsalt Onboarding <onboarding@hogsalt.com>, Kimmy Wade <kwade@hogsalt.com>, Erica Autilio <eautilio@nycmonkeybar.com>, Christophe Marchal <cmarchal@nycmonkeybar.com>, Brandon Barnes <bbarnes@nycmonkeybar.com>, Samuel Lucas <slucas@nycmonkeybar.com>

Good morning Rachel

I think I did it. I completed the tasks at paylocity. Thank you

Sincerely

Yuni The

Sent from Yahoo Mail on Android

[Quoted text hidden]

---

**Rachel Nieman** <rnieman@hogsalt.com>            Tue, Jan 24, 2023 at 11:30 AM
To: yuniasih liem <yuniasihthe@yahoo.com>
Cc: Hogsalt Onboarding <onboarding@hogsalt.com>, Kimmy Wade <kwade@hogsalt.com>, Erica Autilio <eautilio@nycmonkeybar.com>, Christophe Marchal <cmarchal@nycmonkeybar.com>, Brandon Barnes <bbarnes@nycmonkeybar.com>, Samuel Lucas <slucas@nycmonkeybar.com>

Thank you, Yuni! Yes, it looks like you completed all of the steps and we were able to take you out of onboarding.

Best,
Rachel

[Quoted text hidden]