# EXHIBIT B

## MUTUAL ARBITRATION AGREEMENT

This Mutual Arbitration Agreement (Agreement) is by and between, _____, including its parents, subsidiaries, affiliates, sister companies, successors and assigns, whether existing today or hereafter created or acquired (hereinafter referred to collectively as the "Company") and _____ ("Employee"). We hope that we will have a valuable and mutually beneficial relationship. In the unlikely event of a dispute, the Company believes that prompt and efficient resolution of any disputes with employees is in everyone's best interest. Arbitration provides the best way to resolve disputes in a prompt and efficient matter.  This Arbitration Agreement explains how both the Company and employees can submit disputes to arbitration. However, we still maintain an open door policy. Therefore, nothing in this Agreement prohibits you from reporting concerns about your employment, including inappropriate conduct by employees, customers, visitors and vendors.

1. Consideration for Agreement.  In consideration for Employee's employment by the Company and continued employment, Employee's receipt of compensation and other benefits from the Company, and the Company's agreement herein to arbitrate, Employee agrees to participate in, and be bound by, the procedures set forth in this Agreement. In consideration for the services provided to the Company by Employee, and Employee's agreement herein to arbitrate, the Company agrees to participate in, and be bound by, the procedures set forth in this Agreement.

2. Claims Subject to Arbitration.  Except as provided herein, this Agreement applies to any legal or equitable claim, demand, or dispute between Employee (including Employee's agents, administrators, or assigns) and the Company (including its parents, affiliates, successors, assigns, agents, officers, directors, employees, and administrators) which in any way relates to or arises from:

- claims related to Employee's compensation with the Company brought under any federal, state or local statute, law, ordinance, regulation or order or the common law of any state, including without limitation claims relating to Employee's wages, tips, bonuses, overtime pay, vacation pay, improper deductions, and expense reimbursements;

- claims for discrimination, retaliation, harassment, or denial of equal employment opportunity;

- claims relating to employee benefits or working conditions, including without limitation claims related to a paid or unpaid leaves of absence, and employee benefit plans;

- common law claims, including without limitation claims alleging negligence, defamation, public policy tort, infliction of emotional distress, fraud, or misrepresentation; and

- civil claims that the Company may have against Employee relating to Employee's employment with the Company, including without limitation claims for theft, nonpayment of debts, breach of fiduciary duties, and fraud.

3. Exclusions.  Notwithstanding any other provision in this Agreement, this Agreement does not apply to:

- filing a claim for medical and disability benefits under the Workers' Compensation Act or unemployment compensation benefits under the Unemployment Insurance Act or any state law counterpart;

- reporting any good faith allegations of unlawful employment practices to a government agency;

- participating in a proceeding or investigation before the U.S. Equal Employment Opportunity Commission, state and local counterpart agencies, , the Occupational Safety & Health Administration or the National Labor Relations Board;

- filing claims for sexual harassment and sexual assault under a federal, state or local law or ordinance (however, Employee and the Company may voluntarily agree to arbitrate these claims);

1

- reporting any good faith allegation of criminal conduct to any appropriate federal, state or local official;

- making any truthful statements or disclosures required by law, regulation or legal process;

- requesting or receiving confidential legal advice; and

- the Company filing a claim for injunctive or equitable relief, including without limitation claims related to unauthorized disclosure of confidential information, trade secrets, intellectual property, or unfair competition.

4. <u>Applicable Law</u>.

- The Federal Arbitration Act shall govern this Agreement, including any actions to compel, enforce, vacate or confirm proceedings, awards, orders of the arbitrator, or settlements under this Agreement.

- This Agreement preserves but does not broaden or add to the substantive legal rights, remedies, and defenses that would be available to Employee and the Company in a court based on the claims asserted. The law of the State of Illinois and/or federal law, as applicable, shall the interpretation of this Agreement. The arbitrator shall have the authority to apply the applicable law and to order any remedies, legal or equitable, which a party could obtain from a court.

- The arbitrator may award a prevailing party reasonable attorneys' fees as part of the award only to the extent that the discretion, right and power to award such fees is provided under applicable law.

5. <u>Procedures</u>.

- A party shall be required to exhaust administrative remedies to the extent required by law before proceeding to arbitration under this Agreement. To the extent a state or local law provides for an adjudication on the merits of Employee's claim, such claim(s) must proceed to arbitration, even though the adjudication is before a department or agency of state or local government.

- The complaining party shall deliver a written demand for arbitration to the other party within the applicable statute of limitations that governs the asserted claim.  Where Employee seeks arbitration, the written demand for arbitration must be filed with the American Arbitration Association ("AAA") with a copy delivered to the Company's Human Resources Director.  A party's failure to timely file a written demand for arbitration within the applicable statute of limitations that governs the asserted claim(s) shall bar that party from pursuing that claim(s).

- The arbitration shall be conducted in the state where Employee works, unless otherwise agreed to by the Company and Employee.

- The costs of arbitration, including the fees and expenses of the arbitrators, shall be shared equally by the parties unless otherwise required by law or directed by the arbitrator in his/her award.  Each side to the claim or dispute shall pay its own attorneys' fees unless the arbitrator determines, in accordance with applicable law, that attorneys' fees must be apportioned in a different manner pursuant to legal authority permitting awards of attorneys' fees.

- The decision of the arbitrator shall be final and binding, subject to the Federal Arbitration Act.

6. <u>Class Waiver</u>.  Except as otherwise required under applicable law:

- Employee and the Company shall only submit their own, individual claims in arbitration and will not seek to represent the interests of any other person. Therefore, Employee and the Company expressly intend and agree

2

that class action, collective action, or private attorney general action, and representative action procedures shall not be asserted, nor will they apply, in any arbitration;

- this Agreement prohibits the Employee and the Company from filing, joining, opting into, becoming a class member in, or recovering through a class action, collective action, representative action or similar court proceeding;

- Notwithstanding the waiver of an employee's right to bring or participate in a class, collective or other representative proceeding, employees may have a statutory right (e.g., under the National Labor Relations Act) to act concertedly on behalf of themselves and others to challenge the enforceability of this Agreement in any forum.

7.  Confidentiality.  All aspects of the mediation and arbitration processes, including the Employee's claims, allegations, written and oral discovery, the hearing, and the record of the proceeding, are confidential and shall not be open or disclosed to any third party or the public except to the extent both parties agree otherwise in writing, to the extent required in any subsequent proceedings between the parties, or to the extent required in response to a governmental agency or legal process.

8.  Waiver of Right To Sue.  **Employee and the Company expressly waive any right to resolve any dispute covered by this Agreement by filing suit in court for trial by a judge or jury.**

9.  Right to An Attorney. Employee has the right to consultant with an attorney before signing this Agreement.

**I HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE ARBITRATION AGREEMENT.**
**PLEASE READ CAREFULLY BEFORE SIGNING.**


_____

Employee Signature


_____

Date

3