UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUNIASIH THE, on behalf of herself and others
similarly situated,                                    Case No. 1: 25-cv-06754

                             Plaintiff,

              v.

HOGSALT,

                             Defendant.
-----------------------------------------------------------------X

## DECLARATION OF GRACE THOENY

Grace Thoeny declares under penalty of perjury pursuant to 28 USC § 1746 as follows:

1.       I am currently employed by Paylocity Corp. ("Paylocity") as Client Project Manager.  In this capacity, I am familiar with the systems and procedures by which Paylocity maintains certain electronic records for its clients.

2.       As part of Paylocity's services to its clients, clients may upload their own onboarding documents to Paylocity's system.  When the client hires a new employee, that individual can access those onboarding documents via Paylocity's system and, when the client has selected it as an option, the individual must digitally execute a document to complete the onboarding process for that client.  Paylocity does not participate in the creation, execution, or enforcement of any documents uploaded by clients to its systems.

3.       The records maintained by Paylocity are created and stored in the ordinary course of business at or near the time of the relevant events by persons with knowledge of those events. These records are kept as part of Paylocity's regular business activity.

4.       On September 19, 2025, at the request of Hogsalt, the Paylocity team accessed

Paylocity's system and took screenshot of certain sections of the electronic records associated with Hogsalt's employee, Yuniasih The, as maintained by Paylocity's system.

5.     A screenshot of the digitally signed acknowledgement receipt by Hogsalt's employee, Yuniasih and document entitled and document entitled "HOG_Policies_2022_NYC" attached hereto as Exhibit A are true and correct copies of what appears in Paylocity's system.

6.     I am competent to authenticate these records.  I make no representations regarding the content, meaning, or legal effect of the documents shown in the screenshots.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2025


*Grace Thoeny*
Grace Thoeny

**Exhibit A**

## Policies

| **Completed By:** | | **Due:** |
|---|---|---|
| Employee Participant | | 2/23/2023 |
| Reassign | | **Approval By:** |
| | | **Approved By:** |
| | | None |

Please review and acknowledge receipt of the following policies and singing below. / Revise y acuse recibo de las siguientes políticas y cante a continuación. • Alcohol Beverage Service Policy • Allergy Protocol • Employee health policy _Food Employee Reporting Agreement • Photography Agreement and Release Form • Electronic Plan Disclosures Consent - PTO - Arbitration Agreement

📄 HOG_Policies_2022_NYC

*YUNI ASI H THE*

Signed by Yuni Liem
Signer IP: 172.58.229.136
1/24/2023 10:30:35 AM CST
**Please Sign Below / Por favor firme abajo.** (required)

**Next Task**

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## ALCOHOL BEVERAGE SERVICE

### POLICY

### DIRECTIVE

### RESPONSIBLE ALCOHOL

### BEVERAGE SERVICE

Hogsalt Hospitality is committed to the responsible service of alcoholic beverages. In accordance to this commitment, all employees are required to follow the procedures listed below:

1. No employee will serve an alcoholic beverage to anyone under the age of 21.

2. All employees will carefully check Identification of anyone who appears to be under 35 years of age.

   a. Acceptable forms of identification are highlighted below:

      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## ACCEPTED FORMS OF IDS FOR HOGSALT

A valid current driver's license or photo ID card issued by the Illinois Secretary of State's Office or any other State

 
 

A valid current driver's license or photo ID card issued by a foreign government


 
 

A valid U.S. passport or foreign passport containing the holder's photograph

 

A valid Armed Forces ID



      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

   b.  The employee will carefully check the identification to determine its authenticity. <u>The manager should be informed if there is any appearance of forgery.</u>

   c.  In the absence of authentic identification, or in case of doubt, the employee will refuse service of alcoholic beverages to the customer.

3. No employee will serve alcoholic beverages to anyone to the point of intoxication.

4. <u>It is the employee's responsibility to notify a manager when a customer shows signs of intoxication or is requesting alcoholic beverages above the limits of responsible beverage service.</u>

5. Any intoxicated customer wishing to leave the establishment will be urged to use alternative transportation.  Our staff can provide assistance in finding transportation if necessary.

6. All employees are obligated to inform law enforcement authorities when intervention attempts fail.

7. All employees who serve/sell alcoholic beverages will successfully complete a ILCC certified training course when beginning employment.

**The sale/service of alcoholic beverages should not be a routine! It is one of the few legal products you can sell that could put you in jail.**

**THE MANAGEMENT FULLY SUPPORTS THESE POLICIES AND WILL STAND BEHIND OUR EMPLOYEES IN THEIR DECISIONS TO PROMOTE RESPONSIBLE SERVICE.**

---

# SERVICIO DE BEBIDAS ALCOHÓLICAS
## POLÍTICA
## SERVICIO RESPONSABLE DE BEBIDAS ALCOHÓLICAS

Hogsalt Hospitality está comprometido al servicio responsable de bebidas alcohólicas. De acuerdo a este compromiso, todos los empleados están requeridos a seguir los siguientes procedimientos.

1. Ningún empleado servirá una bebida alcohólica a alguien menor de 21 años.

2. Todos los empleados cuidadosamente pedirán una forma de identificación a quien se mire menor de 35 años.

   a.  Las formas de identificación aceptadas por Hogsalt son:

      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

| Una licencia de manejo valida o identificación del estado con foto otorgada por la secretaria del estado de Illinois o algún otro estado. | Una licencia de manejo valida o identificación del estado con foto otorgada por otro país |
|---|---|
| Un pasaporte con foto de los Estados Unidos o de otro país. | Una identificación valida del ejercito |

    b.  El empleado cuidadosamente verificara la autenticidad de la identificación. El jefe debe ser informado si hay una sospecha que esta identificación es falsa.

    c.  En caso que se sospeche que la identificación no sea autentica, o que sea dudosa, el empleado puede negarse a servir bebidas alcohólicas al cliente.

3.  Ningún empleado servirá bebidas alcohólicas a nadie quien este pasado del punto de intoxicación.

4.  <u>Es la responsabilidad del empleado notificar a su jefe cuando haiga un cliente que muestre señales de intoxicación o que este pidiendo bebidas alcohólicas mas allá de los límites permitidos.</u>

5.  Cualquier cliente intoxicado que quiera irse del establecimiento será instado a usar otro tipo de transportación. Nuestro personal puede brindar asistencia de transportación si es necesaria.

6.  Todos los empleados están obligados de informar a la policía cuando los intentos de intervención fallan

7.  Todos los empleados que sirvan/vendan bebidas alcohólicas habrán completado el curso de entrenamiento ILCC para el primer día que sean contratados en el trabajo.

**¡La venta/servicio de bebidas alcohólicas no debe ser una rutina! Es uno de los pocos productos legales que usted puede vender que lo podría meter a la cárcel.**

**LOS JEFES SOPORTAN ESTAS POLITICAS EN SU TOTALIDAD Y APOYARAN A SUS EMPLEADOS EN SUS DECICIONES DE PROMOVER EL SERVICO RESPONSIBLE DE ALCOHOL.**

















# HOGSALT

## ALLERGY TICKET PROTOCOL
### *FULL SERVICE LOCATIONS*

· We ask **<u>EVERY</u>** guest if they have any allergies or aversions. This includes repeat diners, regulars and employees.

· If a guest declares an allergy, fill out an allergy ticket before ringing in food. The allergy ticket must be signed by a FOH Manager and your Expeditor. Modifications to food must be written out on pink allergy ticket.



**EXAMPLE:** Dairy Allergy - Filet (no butter)

· Servers are responsible for stocking allergy tickets. Leaders are responsible for stocking pink paper to make allergy tickets. Allergy tickets must be stocked in every service station and at expo.  Allergy tickets are always printed on pink paper.

· Allergies are to be rung into Toast POS as a modifier for every item that the allergic guest could potentially eat or share. Modifications to food are also rung into Toast. If the modifications are too lengthy - use *see server* and verbal modifications to Expo.

```
#6                    2:18 PM

Server: Bavette's C

Table 7, Guests: 4

    --- FIRE ---

1 Filet              S/3
     Medium Rare
     !!! Dairy
     Allergy !!!
     No Butter
```

· The MOD or Expo will cross reference allergies from the recipe app to ensure that your guests are safely served. Be aware, that this important step can add time to the process of ringing in food, so plan accordingly. Inform your table that we take allergies very seriously and that their food may take a few minutes longer while we double check our recipes and ensure their food is prepared without cross  contamination. This conversation sets the guest at ease and aligns their expectations.

· Expeditor must call out allergy and address concerns with line while preparing food, even if it is an allergy that we know will not be affected.

· FOH Leaders check all food in the pass and run all allergy food to guests. FOH Leaders are the final eyes on food to ensure that no steps were missed in the BOH.

· Expeditor staples allergy ticket to the back of printed ticket. All allergy tickets will be collected by servers or bartenders and dropped with their EOD (End of Day) paperwork.

· Skipping any part of this process is grounds for immediate termination. We have a zero tolerance policy regarding our allergy process.

As service professionals, we hold our guest's health and safety in our hands. These protocols are in place to protect our guests and they are non-negotiable.

When you have a guest with an allergy, slow down and double check all of your work to ensure that you are following the proper allergy ticket protocol.

# HOGSALT®

# PROTOCOLO DE BOLETOS DE ALERGIA
### *Ubicaciones de servicio completo*

· Preguntamos a **TODOS** los huéspedes si tienen alguna alergia o aversión. Esto incluye comensales habituales, clientes habituales y empleados.

· Si un invitado declara una alergia, complete un boleto de alergia antes de enviar alimentos. El ticket de alergia debe estar firmado por un gerente de FOH y su expedidor. Las modificaciones a los alimentos deben estar escritas en el boleto rosado de alergia.



**EJEMPLO:** Alergia a los lácteos - Filete (sin mantequilla)

· Los servidores son responsables de almacenar boletos de alergia. Los líderes son responsables de almacenar papel rosa para hacer boletos para alergias. Los boletos para alergias deben almacenarse en todas las estaciones de servicio y en la exposición. Los boletos para alergias siempre se imprimen en papel rosa.

· Las alergias deben tocarse en Toast POS como un modificador para cada artículo que el huésped alérgico podría comer o compartir. Las modificaciones a la comida también se tocan en Toast. Si las modificaciones son demasiado largas, use * ver servidor * y modificaciones verbales a Expo.



· El MOD o la Expo cruzarán las alergias de referencia de la aplicación de recetas para garantizar que sus invitados sean atendidos de manera segura. Tenga en cuenta que este paso importante puede agregar tiempo al proceso de sonar en los alimentos, así que planifique en consecuencia. Informe a su mesa que tomamos las alergias muy en serio y que su comida puede demorar unos minutos más mientras revisamos nuestras recetas y nos aseguramos de que su comida esté preparada sin contaminación cruzada. Esta conversación tranquiliza al invitado y alinea sus expectativas.

· Expeditor debe llamar a la alergia y abordar las inquietudes con la línea mientras prepara los alimentos, incluso si es una alergia que sabemos que no se verá afectada.

· Los líderes de FOH revisan todos los alimentos en el pase y distribuyen todos los alimentos para las alergias a los invitados. Los líderes de FOH son los ojos finales de la comida para garantizar que no se pierdan pasos en el BOH.

· Expeditor boleto de alergia de grapas en la parte posterior del boleto impreso. Todos los boletos de alergia serán recogidos por servidores o camareros y se dejarán caer con su documentación EOD (Fin del día).

· Saltarse cualquier parte de este proceso es motivo de terminación inmediata. Tenemos una política de tolerancia cero con respecto a nuestro proceso de alergia.

Como profesionales de servicio, tenemos la salud y la seguridad de nuestros huéspedes en nuestras manos. Estos protocolos están vigentes para proteger a nuestros huéspedes y no son negociables.

Cuando tenga un invitado con alergia, reduzca la velocidad y vuelva a verificar todo su trabajo para asegurarse de que está sigui- endo el protocolo de boleto de alergia adecuado.

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## FOOD EMPLOYEE REPORTING AGREEMENT

Preventing Transmission of Diseases through Food by Infected Food Employees with Emphasis on Illness due to Norovirus, Salmonella Typhi, Shigella spp., or Shiga toxin- producing Escherichia coli (STEC), nontyphoidal Salmonella or Hepatitis A Virus.

The purpose of this agreement is to inform Food Employees of their responsibility to notify the person in charge when they experience any of the conditions listed so that the person in charge can take appropriate steps to preclude the transmission of foodborne illness.

### I AGREE TO REPORT TO THE PERSON IN CHARGE:

Any Onset of the Following Symptoms, Either While at Work or Outside of Work, Including the Date of Onset:

1. Diarrhea
2. Vomiting
3. Jaundice
4. Sore throat with fever
5. Infected cuts or wounds, or lesions containing pus on the hand, wrist, an exposed body part, or other body part and the cuts, wounds, or lesions are not properly covered (such as boils and infected wounds, however small)

### Future Medical Diagnosis:

Whenever diagnosed as being ill with Norovirus, typhoid fever (Salmonella Typhi), shigellosis (Shigella spp. infection), Escherichia coli O157:H7 or other STEC infection, nontyphoidal Salmonella or hepatitis A (hepatitis A virus infection)

### Future Exposure to Foodborne Pathogens:

1. Exposure to or suspicion of causing any confirmed disease outbreak of Norovirus, typhoid fever, shigellosis, E. coli O157:H7 or other STEC infection, or hepatitis A.
2. A household member diagnosed with Norovirus, typhoid fever, shigellosis, illness due to STEC, or hepatitis A.
3. A household member attending or working in a setting experiencing a confirmed disease outbreak of Norovirus, typhoid fever, shigellosis, E. coli O157:H7 or other STEC infection, or hepatitis A.

I have read (or had explained to me) and understand the requirements concerning my responsibilities under the Food Code and this agreement to comply with:

1. Reporting requirements specified above involving symptoms, diagnoses, and exposure specified;
2. Work restrictions or exclusions that are imposed upon me; and
3. Good hygienic practices.

I understand that failure to comply with the terms of this agreement could lead to action by the food establishment or the food regulatory authority that may jeopardize my employment and may involve legal action against me.

      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## ACUERDO DE INFORMES DE EMPLEADOS DE ALIMENTOS

Prevención de la transmisión de enfermedades a través de los alimentos por parte de empleados de alimentos infectados con énfasis en enfermedades debidas a Norovirus, Salmonella Typhi, Shigella spp., Escherichia coli (STEC) productora de toxina Shiga, virus de la hepatitis A o no.

El propósito de este acuerdo es informar a los Empleados de Alimentos de su responsabilidad de notificar a la persona a cargo cuando experimenten alguna de las condiciones enumeradas para que la persona a cargo pueda tomar las medidas adecuadas para evitar la transmisión de enfermedades transmitidas por los alimentos.

## ACEPTO REPORTAR A LA PERSONA EN CARGO:

Cualquier aparición de los siguientes síntomas, ya sea en el trabajo o fuera del trabajo, incluida la fecha de inicio:

1. Diarrea
2. vómitos
3. ictericia
4. Dolor de garganta con fiebre.
5. Cortes o heridas infectadas, o lesiones que contienen pus en la mano, la muñeca, una parte del cuerpo expuesta u otra parte del cuerpo, y los cortes, heridas o lesiones no están adecuadamente cubiertos (como esquirlas y heridas infectadas, aunque sean pequeñas)

### Diagnóstico médico futuro:

Cuando se diagnostica que está enfermo con Norovirus, fiebre tifoidea (Salmonella Typhi), shigelosis (infección por Shigella spp.), Escherichia coli O157: H7 u otra infección por STEC, Salmonella no tifoidea o hepatitis A (infección por el virus de la hepatitis A)

### Exposición futura a patógenos transmitidos por los alimentos:

1. Exposición o sospecha de causar un brote de enfermedad confirmado de Norovirus, fiebre tifoidea, shigelosis, E. coli O157: H7 u otra infección por STEC, o hepatitis A.
2. Un miembro del hogar diagnosticado con Norovirus, fiebre tifoidea, shigelosis, enfermedad por STEC o hepatitis A.
3. Un miembro de la familia que asiste o trabaje en un entorno que experimente un brote confirmado de enfermedad por Norovirus, fiebre tifoidea, shigelosis, E. coli O157: H7 u otra infección por STEC, o hepatitis A.

He leído (o me lo han explicado) y entiendo los requisitos con respecto a mis responsabilidades según el Código de Alimentos y este acuerdo para cumplir con:

1. Requisitos de informes especificados anteriormente que involucran síntomas, diagnósticos y exposición especificada;
2. Las restricciones o exclusiones de trabajo que se me imponen; y
3. Buenas prácticas higiénicas.

Entiendo que el incumplimiento de los términos de este acuerdo podría llevar a una acción por parte del establecimiento de alimentos o la autoridad reguladora de alimentos que puede poner en peligro mi empleo y puede implicar acciones legales en mi contra.

















**Statement and Consent to Receive Pay Day LLC Plan Disclosures Electronically**

Individuals entitled to receive benefits under the Pay Day LLC Benefits Plan (the Plan) are also entitled to be furnished with certain documents required by ERISA. Pay Day LLC intends to provide the following documents to you by electronic delivery (as described below):

- the Summary Plan Description (SPD);
- any required Summaries of Material Modifications (SMMs);
- the Summary Annual Report (SAR); and
- any documents required to be furnished or made available under ERISA on request by a participant or beneficiary under the Plan.

These ERISA-required documents will be furnished to you in each case as an attachment to an e-mail sent to the e-mail address you specify to us. The attachment will be in PDF format. To access the e-mail and attached document, you must have (1) a computer with internet access; (2) a program installed on that computer allowing you to send and receive e-mails (such as Internet Explorer or Netscape); and (3) the application Adobe Reader program installed on your computer allowing you to open and read the attached document. To retain a copy of the e-mail and attached document for future reference, you must either (1) be able to print a copy on a printer attached to the computer; or (2) save a copy in electronic form onto a backup system external to your computer's hard drive.

If any of these requirements change in a way that creates a material risk that you will no longer be able to access and retain electronically transmitted documents, please let Pay Day LLC know immediately by contacting Jamie Jones, Human Resources Director, by emailing hr@hogsalt.com.

To receive documents electronically, you must complete and return the following Consent including an e-mail address to which electronic documents should be sent. You may withdraw this consent at any time by sending an email to David Sanchez-Aguilera, Human Resources Coordinator, via the address hr@hogsalt.com that indicates in the subject line: Consent Withdrawn for Electronic. To update your e-mail address, please notify David Sanchez, Human Resources Coordinator, by sending an e-mail message to hr@hogsalt.com that indicates in the subject line: Change in E-Mail Address for Electronic Disclosure.

You still have a right to request and obtain a paper version of any electronically transmitted document at no charge. Contact Melissa Carter, Benefits Manager of Pay Day LLC, who acts on behalf of the plan administrator, at benefits@hogsalt.com to request a paper version.

**Consent to Receive Plan Disclosures Electronically**

I have read and received the Statement Regarding Pay Day LLC Plan Electronic Disclosures (the Statement), which is set out above.I consent to receiving the type of documents described in the Statement by electronic means at the e-mail address provided below. I understand that if my e-mail address changes, I must notify David Sanchez-Aguilera Human Resources Coordinator by sending an e-mail message to hr@hogsalt.com. I confirm that I have the ability to access information in the electronic form that is described in the Statement. I understand that I will receive copies of the types of document described in the Statement only in the electronic form described there unless I affirmatively request a paper copy of such document.

I understand that I can withdraw this consent at any point.

**Declaración y consentimiento para recibir declaraciones del plan Pay Day LLC electrónicamente**

Las personas que tienen derecho a recibir beneficios bajo el Plan de Beneficios de Pay Day LLC (el Plan) también tienen derecho a recibir ciertos documentos requeridos por ERISA. Pay Day LLC tiene la intención de proporcionarle los siguientes documentos mediante entrega electrónica (como se describe a continuación):

· la Descripción resumida del plan (SPD);

· cualquier resumen de modificaciones de materiales (SMM) requerido;

· el resumen del Informe Anual (SAR); y

· cualquier documento requerido para ser proporcionado o puesto a disposición bajo ERISA a petición de un participante o beneficiario bajo el plan

Estos documentos requeridos por ERISA se le entregarán en cada caso como un archivo adjunto a un correo electrónico enviado a la dirección de correo electrónico que nos especifique. El archivo adjunto estará en formato PDF. Para acceder al correo electrónico y al documento adjunto, debe tener (1) una computadora con acceso a Internet; (2) un programa instalado en esa computadora que le permite enviar y recibir correos electrónicos (como Internet Explorer o Netscape); y (3) el programa Adobe Reader de la aplicación instalado en su computadora que le permite abrir y leer el documento adjunto. Para conservar una copia del correo electrónico y el documento adjunto para futuras referencias, debe (1) poder imprimir una copia en una impresora conectada a la computadora; o (2) guarde una copia en formato electrónico en un sistema de respaldo externo al disco duro de su computadora.

Si cualquiera de estos requisitos cambia de una manera que crea un riesgo importante de que ya no pueda acceder y retener documentos transmitidos electrónicamente, informe a Pay Day LLC de inmediato al comunicarse con Jamie Jones, Director de Recursos Humanos, enviando un correo electrónico a hr@hogsalt.com. Para recibir documentos electrónicamente, debe completar y enviar el siguiente consentimiento, incluida una dirección de correo electrónico a la que se deben enviar los documentos electrónicos. Puede retirar este consentimiento en cualquier momento enviando un correo electrónico a David Sanchez-Aguilera, Coordinador de Recursos Humanos, a través de la dirección hr@hogsalt.com que se indica en la línea de asunto: Consentimiento retirado de Electronic. Para actualizar su dirección de correo electrónico, notifique a David Sanchez, Coordinador de Recursos Humanos, enviando un mensaje de correo electrónico a hr@hogsalt.com que indique en la línea del asunto: Cambio en la Dirección de Correo Electrónico para la Divulgación Electrónica. Todavía tiene el derecho de solicitar y obtener una versión en papel de cualquier documento transmitido electrónicamente sin costo alguno. Comuníquese con Melissa Carter, Gerente de Beneficios, que actúa en nombre del administrador del plan, por correo electrónico a benefits@hogsalt.com para solicitar una copia en papel.

**Consentimiento para recibir declaraciones del plan electrónicamente**

He leído y he recibido la Declaración con respecto a las Divulgaciones electrónicas del Plan Pay Day LLC (la Declaración), que se describe anteriormente. Doy mi consentimiento para recibir el tipo de documentos descritos en La Declaración por medios electrónicos en la dirección de correo electrónico que se proporciona a continuación.

Entiendo que si mi dirección de correo electrónico cambia, debo notificar al Coordinador de Recursos Humanos de David Sanchez-Aguilera enviando un mensaje de correo electrónico a hr@hogsalt.com. Confirmo que tengo la capacidad de acceder a la información en el formulario electrónico que se describe en la Declaración.

Entiendo que recibiré copias de los tipos de documentos descritos en la Declaración solo en el formulario electrónico descrito allí, a menos que solicite afirmativamente una copia en papel de dicho documento.

Entiendo que puedo retirar este consentimiento en cualquier momento.

# HOGSALT®

936 W | Huron Chicago | IL 60642  |contact@hogsalt.com

### Photography Agreement and Release Form

For consideration received, including Hogsalt offer of employment and/or continued employment, I hereby grant Hogsalt, hereinafter referred to as "Company," the irrevocable, perpetual, and unrestricted right to take, use, and publish photographs, including my name and likeness, taken of me during my employment with the Company for use in the Company's print, online, and video-based marketing materials, as well as other Company publications.I hereby release and hold harmless the Company, its contractors, its employees and any third parties involved in the creation or publication of the images specified above from all claims and liability relating to the images, including any reasonable expectation of privacy, right of publicity, or confidentiality.

### Acuerdo de Fotografía y Formulario de Autorización

Por la consideración recibida, incluida la oferta de empleo de Hogsalt y / o el empleo continuo, por la presente otorgo a Hogsalt, en lo sucesivo denominado "Compañía", el derecho irrevocable, perpetuo y sin restricciones de tomar, usar y publicar fotografías, incluido mi nombre y semejanza. , tomado de mí durante mi empleo con la Compañía para su uso en los materiales de marketing impresos, en línea y basados ??en video de la Compañía, así como en otras publicaciones de la Compañía.Por la presente libero y eximo de responsabilidad a la Compañía, sus contratistas, sus empleados y cualquier tercero involucrado en la creación o publicación de las imágenes especificadas anteriormente de todas las reclamaciones y responsabilidades relacionadas con las imágenes, incluida cualquier expectativa razonable de privacidad, derecho de publicidad, o confidencialidad.

By signing you are acknowledging you reviewed our Photography Release Form. / Al firmar, confirma haber revisado nuestro Formulario de autorización de fotografía.

      

      

- Los empleadores deben mantener registros de las vacaciones por enfermedad remuneradas acumuladas y ponerlos a disposición del Comisionado del Departamento de Asuntos Empresariales y Protección al Consumidor (BACP).
- Los empleadores no pueden discriminar o tomar ninguna acción adversa contra cualquier empleado en represalia por ejercer derechos bajo esta Ordenanza.
- Los empleadores pueden ser multados entre $ 500 y $ 1,000 por delito por violaciones de la Ordenanza, además de enfrentar la suspensión o revocación de la licencia y serán ordenados a pagar la restitución a los empleados.

LO QUE LOS EMPLEADORES TIENEN QUE HACER

- Los empleadores pueden fijar un mínimo razonable para que el tiempo solicitado no exceda las 4 horas diarias.
- Si el uso de licencia por enfermedad pagada es razonablemente previsible, los empleadores pueden exigir un aviso de hasta siete días antes de que se tome la licencia. Si la necesidad no es razonablemente previsible, el empleador podrá exigir la notificación tan pronto como sea posible el día en que se tome a menos que el empleado es incapaz de dar aviso debido a la incapacidad médica.
- Si un empleado está ausente por más de tres días consecutivos de trabajo, los empleadores pueden requerir documentación para el uso de licencia por enfermedad pagada. Los empleadores no pueden exigir que la documentación especifique la naturaleza de lesión, enfermedad o condición. Los empleadores no pueden negar la licencia por enfermedad pagada o retrasar los salarios debido a la falta de documentación.
- Los empleadores pueden tomar medidas disciplinarias, hasta e incluyendo la terminación, contra los empleados que usan licencia por enfermedad pagada para propósitos que no se describe en la Ordenanza.

**DERECHOS DE LOS EMPLEADOS BAJO LA ORDENANZA:**

LOS EMPLEADOS PUEDEN UTILIZAR LA LICENCIA DE ENFERMO PAGADA CUANDO

- Están enfermos o heridos, o para recibir atención médica, tratamiento, diagnóstico o atención médica preventiva;
- Ellos o un miembro de la familia son víctimas de violencia doméstica o delito sexual; o
- Su puesto de trabajo está cerrado por orden de un funcionario público debido a emergencia de salud pública, o tienen un hijo que necesita atención porque su escuela o lugar o cuidado está cerrado debido a una emergencia de salud pública.
- Los empleados que creen que no han recibido una licencia por enfermedad pagada pueden llamar al 311 para reportar una violación de la Ordenanza a la Ciudad de Chicago.
- Una declaración jurada de queja debe ser completada y devuelta a BACP para iniciar una investigación.
- Los empleados no están obligados a proporcionar, y la Ciudad no solicitará información sobre el estatus migratorio de cualquier persona que presente una queja.
- BACP no actúa como abogado privado del empleado. Cualquier empleado tiene derecho a entablar una acción civil privada contra el empleador en corte si infringió las disposiciones de la Ordenanza.

Para quejas llame al:

311

Para informacion adicional

WWW.CITYOFCHICAGO.ORG/BACP

<u>MUTUAL ARBITRATION AGREEMENT</u>

This Mutual Arbitration Agreement (Agreement) is by and between, _____, including its parents, subsidiaries, affiliates, sister companies, successors and assigns, whether existing today or hereafter created or acquired (hereinafter referred to collectively as the "Company") and _____ ("Employee"). We hope that we will have a valuable and mutually beneficial relationship. In the unlikely event of a dispute, the Company believes that prompt and efficient resolution of any disputes with employees is in everyone's best interest. Arbitration provides the best way to resolve disputes in a prompt and efficient matter.  This Arbitration Agreement explains how both the Company and employees can submit disputes to arbitration. However, we still maintain an open door policy. Therefore, nothing in this Agreement prohibits you from reporting concerns about your employment, including inappropriate conduct by employees, customers, visitors and vendors.

1.  <u>Consideration for Agreement</u>.  In consideration for Employee's employment by the Company and continued employment, Employee's receipt of compensation and other benefits from the Company, and the Company's agreement herein to arbitrate, Employee agrees to participate in, and be bound by, the procedures set forth in this Agreement. In consideration for the services provided to the Company by Employee, and Employee's agreement herein to arbitrate, the Company agrees to participate in, and be bound by, the procedures set forth in this Agreement.

2.  <u>Claims Subject to Arbitration</u>.  Except as provided herein, this Agreement applies to any legal or equitable claim, demand, or dispute between Employee (including Employee's agents, administrators, or assigns) and the Company (including its parents, affiliates, successors, assigns, agents, officers, directors, employees, and administrators) which in any way relates to or arises from:

- claims related to Employee's compensation with the Company brought under any federal, state or local statute, law, ordinance, regulation or order or the common law of any state, including without limitation claims relating to Employee's wages, tips, bonuses, overtime pay, vacation pay, improper deductions, and expense reimbursements;

- claims for discrimination, retaliation, harassment, or denial of equal employment opportunity;

- claims relating to employee benefits or working conditions, including without limitation claims related to a paid or unpaid leaves of absence, and employee benefit plans;

- common law claims, including without limitation claims alleging negligence, defamation, public policy tort, infliction of emotional distress, fraud, or misrepresentation; and

- civil claims that the Company may have against Employee relating to Employee's employment with the Company, including without limitation claims for theft, nonpayment of debts, breach of fiduciary duties, and fraud.

3.  <u>Exclusions</u>.  Notwithstanding any other provision in this Agreement, this Agreement does not apply to:

- filing a claim for medical and disability benefits under the Workers' Compensation Act or unemployment compensation benefits under the Unemployment Insurance Act or any state law counterpart;

- reporting any good faith allegations of unlawful employment practices to a government agency;

- participating in a proceeding or investigation before the U.S. Equal Employment Opportunity Commission, state and local counterpart agencies, , the Occupational Safety & Health Administration or the National Labor Relations Board;

- filing claims for sexual harassment and sexual assault under a federal, state or local law or ordinance (however, Employee and the Company may voluntarily agree to arbitrate these claims);

- reporting any good faith allegation of criminal conduct to any appropriate federal, state or local official;

- making any truthful statements or disclosures required by law, regulation or legal process;

- requesting or receiving confidential legal advice; and

- the Company filing a claim for injunctive or equitable relief, including without limitation claims related to unauthorized disclosure of confidential information, trade secrets, intellectual property, or unfair competition.

4. <u>Applicable Law</u>.

- The Federal Arbitration Act shall govern this Agreement, including any actions to compel, enforce, vacate or confirm proceedings, awards, orders of the arbitrator, or settlements under this Agreement.

- This Agreement preserves but does not broaden or add to the substantive legal rights, remedies, and defenses that would be available to Employee and the Company in a court based on the claims asserted. The law of the State of Illinois and/or federal law, as applicable, shall the interpretation of this Agreement. The arbitrator shall have the authority to apply the applicable law and to order any remedies, legal or equitable, which a party could obtain from a court.

- The arbitrator may award a prevailing party reasonable attorneys' fees as part of the award only to the extent that the discretion, right and power to award such fees is provided under applicable law.

5. <u>Procedures</u>.

- A party shall be required to exhaust administrative remedies to the extent required by law before proceeding to arbitration under this Agreement. To the extent a state or local law provides for an adjudication on the merits of Employee's claim, such claim(s) must proceed to arbitration, even though the adjudication is before a department or agency of state or local government.

- The complaining party shall deliver a written demand for arbitration to the other party within the applicable statute of limitations that governs the asserted claim.  Where Employee seeks arbitration, the written demand for arbitration must be filed with the American Arbitration Association ("AAA") with a copy delivered to the Company's Human Resources Director.  A party's failure to timely file a written demand for arbitration within the applicable statute of limitations that governs the asserted claim(s) shall bar that party from pursuing that claim(s).

- The arbitration shall be conducted in the state where Employee works, unless otherwise agreed to by the Company and Employee.

- The costs of arbitration, including the fees and expenses of the arbitrators, shall be shared equally by the parties unless otherwise required by law or directed by the arbitrator in his/her award. Each side to the claim or dispute shall pay its own attorneys' fees unless the arbitrator determines, in accordance with applicable law, that attorneys' fees must be apportioned in a different manner pursuant to legal authority permitting awards of attorneys' fees.

- The decision of the arbitrator shall be final and binding, subject to the Federal Arbitration Act.

6. <u>Class Waiver</u>.  Except as otherwise required under applicable law:

- Employee and the Company shall only submit their own, individual claims in arbitration and will not seek to represent the interests of any other person. Therefore, Employee and the Company expressly intend and agree

that class action, collective action, or private attorney general action, and representative action procedures shall not be asserted, nor will they apply, in any arbitration;

- this Agreement prohibits the Employee and the Company from filing, joining, opting into, becoming a class member in, or recovering through a class action, collective action, representative action or similar court proceeding;

- Notwithstanding the waiver of an employee's right to bring or participate in a class, collective or other representative proceeding, employees may have a statutory right (e.g., under the National Labor Relations Act) to act concertedly on behalf of themselves and others to challenge the enforceability of this Agreement in any forum.

7.  <u>Confidentiality</u>.  All aspects of the mediation and arbitration processes, including the Employee's claims, allegations, written and oral discovery, the hearing, and the record of the proceeding, are confidential and shall not be open or disclosed to any third party or the public except to the extent both parties agree otherwise in writing, to the extent required in any subsequent proceedings between the parties, or to the extent required in response to a governmental agency or legal process.

8.  <u>Waiver of Right To Sue</u>.  Employee and the Company expressly waive any right to resolve any dispute covered by this Agreement by filing suit in court for trial by a judge or jury.

9.  <u>Right to An Attorney</u>. Employee has the right to consultant with an attorney before signing this Agreement.

**I HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE ARBITRATION AGREEMENT.**
**PLEASE READ CAREFULLY BEFORE SIGNING.**

_____

Employee Signature


_____

Date

<u>ACUERDO DE ARBITRAJE MUTUO</u>

Este Acuerdo de Arbitraje Mutuo (Acuerdo) es firmado por y entre, _____, incluidas sus empresas matrices, subsidiarias, afiliadas, empresas hermanas, sucesores y cesionarios (en adelante, llamadas colectivamente como la "Empresa") y _____ ("Empleado"). Esperamos tener una relación valiosa y mutuamente beneficiosa. En el caso improbable de que surja una disputa, la Empresa cree que la resolución rápida y eficiente de cualquier disputa con los empleados es lo mejor para todos. El arbitraje brinda la mejor forma de resolver disputas de manera rápida y eficiente. Este Acuerdo de Arbitraje explica cómo tanto la Empresa como los empleados pueden someter sus disputas a arbitraje. Sin embargo, aún mantenemos una política de puertas abiertas. Por lo tanto, nada en este Acuerdo le prohíbe informar de sus preocupaciones sobre su empleo, incluida la conducta inapropiada de empleados, clientes, visitantes y proveedores.

1. <u>Consideración del Acuerdo</u>. En contraprestación por el empleo del Empleado por parte de la Empresa y su empleo continuo, el recibo de compensación y otros beneficios del Empleado de parte de la Empresa, y el acuerdo de arbitraje de la Empresa en este documento, el Empleado acepta participar y estar sujeto a los procedimientos establecidos en este Acuerdo. En contraprestación por los servicios prestados a la Empresa por el Empleado, y el acuerdo del Empleado de arbitrar en el presente documento, la Empresa acepta participar y estar sujeta a los procedimientos establecidos en este Acuerdo.

2. <u>Reclamos sujetos a Arbitraje</u>. Salvo lo dispuesto en el presente documento, el presente Acuerdo se aplica a cualquier reclamación, demanda o disputa legal o equitativa entre el Empleado (incluidos los agentes, administradores o cesionarios del Empleado) y la Empresa (incluidas sus empresas matrices, filiales, sucesores, cesionarios, agentes, funcionarios, directores, empleados y administradores) que de alguna manera se relacione con o surja de:

- reclamos relacionados con la compensación del Empleado con la Empresa presentados en virtud de cualquier estatuto, ley, ordenanza, regulación u orden federal, estatal o local o la ley consuetudinaria de cualquier estado, incluidos, entre otros, reclamos relacionados con salarios, propinas, bonificaciones, pago de horas extras, vacaciones del Empleado, deducciones indebidas y reembolsos de gastos;

- reclamos por discriminación, represalias, acoso o negación de igualdad de oportunidades laborales;

- reclamos relacionados con los beneficios de los empleados o las condiciones de trabajo, incluidos, entre otros, reclamos relacionados con permisos de ausencia pagados o no pagados y planes de beneficios para empleados;

- reclamos de derecho consuetudinario, incluidos, entre otros, reclamos que alegan negligencia, difamación, agravio de política pública, imposición de angustia emocional, fraude o tergiversación; y

- reclamos civiles que la Empresa pueda tener contra el Empleado en relación con el empleo del Empleado en la Empresa, incluidos, entre otros, reclamos por robo, falta de pago de deudas, incumplimiento de deberes fiduciarios y fraude.

3. <u>Exclusiones</u>. Sin perjuicio de cualquier otra disposición en este Acuerdo, este Acuerdo no se aplica a:

- presentar un reclamo de beneficios médicos y por discapacidad en virtud de la Ley de Indemnización por Accidentes de Trabajo o beneficios de indemnización por desempleo en virtud de la Ley de Seguro de Desempleo o cualquier equivalente de la ley estatal;

- informar de cualquier denuncia de buena fe de prácticas laborales ilegales a una agencia gubernamental;

- participar en un procedimiento o una investigación ante la Comisión de Igualdad de Oportunidades en el Empleo de Estados Unidos, las agencias homólogas estatales y locales, la Administración de Salud y Seguridad Ocupacional o la Junta Nacional de Relaciones Laborales;

- presentar reclamos por acoso sexual y agresión sexual en virtud de una ley u ordenanza federal, estatal o local (sin embargo, el Empleado y la Empresa pueden acordar voluntariamente arbitrar estos reclamos);

- informar de cualquier acusación de buena fe de conducta delictiva a cualquier funcionario federal, estatal o local apropiado;

- hacer declaraciones veraces o divulgaciones requeridas por ley, regulación o proceso legal;

- solicitar o recibir asesoramiento legal confidencial; y

- que la Empresa que presente un reclamo de medidas cautelares o equitativas, incluidos, entre otros, reclamos relacionados con la divulgación no autorizada de información confidencial, secretos comerciales, propiedad intelectual o competencia desleal.

4. Legislación Aplicable.

- La Ley Federal de Arbitraje regirá este Acuerdo, incluidas las acciones para obligar, hacer cumplir, anular o confirmar procedimientos, laudos, órdenes del árbitro o acuerdos en virtud de este Acuerdo.

- Este Acuerdo conserva, pero no amplía ni agrega, los derechos, los recursos y las defensas legales sustantivos que estarían disponibles para el Empleado y la Empresa en un tribunal en función de los reclamos presentados. La ley del Estado de Illinois y/o la ley federal, según corresponda, será la interpretación de este Acuerdo. El árbitro tendrá la autoridad para implementar la ley aplicable y ordenar los recursos, legales o equitativos, que una parte pueda obtener de un tribunal.

- El árbitro puede otorgar a la parte vencedora honorarios razonables de abogados como parte del laudo solo en la medida en que la ley aplicable proporcione la discreción, el derecho y la facultad de otorgar dichos honorarios.

5. Procedimientos.

- Se requerirá que una parte agote los recursos administrativos a la medida exigida por la ley antes de proceder al arbitraje conforme a este Acuerdo. En la medida en que una ley estatal o local prevea una adjudicación sobre el mérito del reclamo del Empleado, dicho reclamo debe proceder a arbitraje, a pesar de que la adjudicación sea ante un departamento o agencia del gobierno estatal o local.

- La parte reclamante deberá entregar una solicitud de arbitraje por escrito a la otra parte dentro del plazo de prescripción aplicable que rige la reclamación presentada. Cuando el Empleado procure un arbitraje, la demanda de arbitraje por escrito debe ser presentada ante la Asociación Americana de Arbitraje ("AAA") con una copia entregada al Director de Recursos Humanos de la Empresa. Si una parte no presenta a tiempo una demanda de arbitraje por escrito dentro del plazo de prescripción que rige el(los) reclamo(s) presentado(s) impedirá(n) que esa parte siga adelante con dicho(s) reclamo(s).

- El arbitraje se llevará a cabo en el estado donde trabaja el Empleado, a menos que la Empresa y el Empleado acuerden lo contrario.

- Los costos del arbitraje, incluidos los honorarios y gastos de los árbitros, serán compartidos equitativamente por las partes, a menos que la ley establezca lo contrario o el árbitro lo ordene en su laudo. Cada parte de la demanda o disputa pagará sus propios honorarios de abogados a menos que el árbitro determine, de conformidad con la legislación aplicable, que los honorarios de abogados deben repartirse de forma diferente en virtud de la autoridad legal que permita adjudicaciones de honorarios de abogados.

- La decisión del árbitro será definitiva y vinculante, sujeta a la Ley Federal de Arbitraje.

6.  <u>Renuncia a las demandas colectivas</u>.  Salvo que difiera de lo exigido por la ley aplicable:

- El Empleado y la Empresa solo presentarán sus propios reclamos individuales en arbitraje y no buscarán representar los intereses de ninguna otra persona. Por lo tanto, el Empleado y la Empresa expresamente tienen la intención y acuerdan que los procedimientos de demanda colectiva, acción conjunta o acción de abogado general privado y acción representativa no se harán valer, ni se aplicarán, en ningún arbitraje;

- este Acuerdo prohíbe que el Empleado y la Empresa presenten, se unan, opten por participar, se conviertan en miembros de una clase o se recuperen a través de una demanda colectiva, acción conjunta, acción representativa o procedimiento judicial similar;

- A pesar de la renuncia al derecho de llevar o participar en una demanda colectiva, conjunta u otro procedimiento representativo, el Empleado conserva el derecho legal (por ejemplo, conforme a la Ley Nacional de Relaciones Laborales) para actuar concertadamente en nombre de sí mismo y de otras personas para cuestionar la aplicabilidad de este Acuerdo en cualquier foro.

7.  <u>Confidencialidad.</u>  Todos los aspectos de los procesos de mediación y arbitraje, incluidos los reclamos del Empleados, las alegaciones, la presentación de pruebas escritas y orales, la audiencia, y el expediente del procedimiento, son confidenciales y no serán abiertos o revelados a terceros o al público, salvo en la medida que ambas partes acuerden lo contrario por escrito, en la medida necesaria, en todo procedimiento ulterior entre las partes, o en la medida requerida en respuesta a una agencia gubernamental o un proceso legal.

8.  <u>Renuncia al derecho a demandar</u>.  El Empleado y la Empresa renuncian expresamente a cualquier derecho a resolver cualquier controversia que abarque el presente Acuerdo mediante la presentación de una demanda en el tribunal para ser juzgada por un juez o un jurado.

9.  <u>Derecho a un abogado</u>. El Empleado tiene derecho a consultar con un abogado antes de firmar este Acuerdo.

**HE LEÍDO, ENTIENDO Y ACEPTO EL ACUERDO MUTUO DE ARBITRAJE ANTERIOR.**
**POR FAVOR, LEA ATENTAMENTE ANTES DE FIRMAR.**

_____

Firma del Empleado


_____

Fecha

# HOGSALT

936 W Huron | Chicago, IL 60642 | hr@hogsalt.com

## PAID TIME OFF POLICY

Paid Time Off (PTO) provides you with the flexibility to use your time off to meet your personal needs, while recognizing your individual responsibility to manage your paid time off.

You will accumulate a specified amount of PTO each pay period worked and it is up to you to allocate how you will use it – for vacation, caring for children, school activities, medical/dental appointments, leave, personal business or emergencies. Hogsalt may require you to use any unpaid PTO during disability or family medical leave, or any other leave of absence. The amount of PTO earned will depend on your length of your service with the Company.  Municipality sick leave accruals are separate from this policy and follow all local applicable laws.

### Eligibility

You are eligible to receive PTO if you are a regular status employee scheduled to work at least 30 hours per week and your position is listed in one of the departments below. Part-time BOH employees working more than 20 hours per week accrue PTO on a prorated basis, depending on the number of hours worked. Eligible new hires in non-executive roles will become eligible for PTO after completing 6 months of continued employment.

Employees are eligible to use this PTO only after six months (180 days) of continuous employment and is subject to the approval of the employee's supervisor.  Although all PTO requests are considered, PTO may be denied in the case of a first-come/first-granted basis and business necessity.

### Accruals

The amount of PTO you accrue is based on your length of service and accrues according to the Accrual Schedule chart below. PTO is accrued as you work. You will not accrue PTO time while you are on leave of absence or suspension by the Company.

| Year | Executive | Directors, Operating Partners, Administration | | Hourly Office/Facilities | | Full-Time Salaried | | BOH/HRLY Lead Full-Time | | BOH Part-Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Max Hours Earned | Accrual Rate | Max Hours Earned | Accrual Rate | Max Hours Earned | Accrual Rate | Max Hours Earned | Accrual Rate | Max Hours Earned | Accrual Rate |
| 1-3 | Self - Managed | n/a | n/a | 80 | 3.08hr | 80 | 3.08hr | 40 | 1.54hr | 20 | 0.77hr |
| 1-5 | Self-Managed | 120 | 4.62hr | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3-10* | Self - Managed | n/a | n/a | 120 | 4.62hr | 120 | 4.62hr | 40 | 1.54hr | 20 | 0.77hr |
| 5+ | Self- Managed | 160 | 6.15 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 10+ * | Self - Managed | n/a | n/a | 160 | 6.15hr | 120 | 4.62hr | 40 | 1.54hr | 20 | 0.77hr |

*Accrual rates are calculated on a bi-weekly pay period basis.  NY employees accrue at .5 of the above due to weekly payroll.*

**\*The higher rate becomes effective during the pay period in which the employee's service anniversary falls**

# HOGSALT

936 W Huron | Chicago, IL 60642 | hr@hogsalt.com

**Maximum Time Accumulated**

Although you may carry over unused PTO time from year to year, there is a cap on the amount of PTO time you can accumulate. This encourages you to use your PTO and allows the company to manage its financial obligations responsibly. Once you reach your cap, you will not accumulate any more PTO until you use some of the time in your account and drop below the cap. After your balance goes below the cap, you will begin accruing PTO again. However, you will not receive retroactive credit for time worked while you were at the cap limit. PTO accrual is capped at your PTO time allotment which is based on job and seniority.

**Termination**

You will be paid for all accrued but unused PTO when you leave the company in accordance with applicable state law. Any negative PTO balances will be owed to Hogsalt, and deducted upon termination.

**Management of PTO**

You are responsible for managing your PTO account. It is important that you plan ahead for how you will use it. This means developing a plan for taking your vacations, as well as doctor's appointments and personal business. It also means holding some time in "reserve" for the unexpected, such as emergencies.

**Minimum Increments of PTO**

The minimum amount of PTO you can use at one time depends on whether you are an exempt or a non-exempt status employee. If you are non-exempt, you may not take less than one hour off at a time. If you are an exempt status employee you must take PTO in increments of not less than one-half day or 4 hours.

**Notice and Scheduling**

You are required to provide your supervisor with reasonable advance notice and obtain approval prior to using PTO. This allows for you and your supervisor to prepare for your time off and assure that all staffing needs are met. There may be occasions, such as sudden illness, when you cannot notify your supervisor in advance. In those situations, you must inform your supervisor of your circumstances as soon as possible.

**Coordinating PTO with Workers' Compensation**

Employees receiving benefits under workers' compensation cannot be paid from both PTO and workers' compensation for the same hours. However, employees can supplement workers' compensation pay with PTO to meet their full salary.


This policy is intended as a guideline to assist in the consistent application of Company policies and programs for employees. This policy does not create a contract implied or expressed, with any Hogsalt employees, who are employees at will. Hogsalt reserves the right to modify this policy in whole or in part, at any time, at its discretion

**HOGSALT**

936 W Huron | Chicago, IL 60642 | hr@hogsalt.com

**POLÍTICA DE TIEMPO LIBRE PAGADO**

El tiempo libre pagado (PTO) le brinda la flexibilidad de usar su tiempo libre para satisfacer sus necesidades personales, al tiempo que reconoce su responsabilidad individual de administrar su tiempo libre pagado. Acumulará una cantidad específica de PTO cada período de pago trabajado y depende de usted asignar cómo lo utilizará: vacaciones, cuidado de niños, actividades escolares, citas médicas/dentales, licencia, asuntos personales o emergencias. Hogsalt puede exigirle que utilice cualquier PTO no remunerado durante la incapacidad o la licencia médica familiar, o cualquier otra licencia. La cantidad de PTO ganada dependerá de la duración de su servicio con la Compañía. Las acumulaciones de licencia por enfermedad del municipio están separadas de esta política y siguen todas las leyes locales aplicables.

**Elegibilidad**

Usted es elegible para recibir PTO si es un empleado de estado regular programado para trabajar al menos 30 horas por semana y su puesto figura en uno de los departamentos a continuación. Los empleados de BOH a tiempo parcial que trabajan más de 20 horas por semana acumulan PTO de forma prorrateada, según la cantidad de horas trabajadas. Las nuevas contrataciones elegibles en roles no ejecutivos serán elegibles para PTO después de completar 6 meses de empleo continuo.

Los empleados son elegibles para usar este PTO solo después de seis meses (180 días) de empleo continuo y está sujeto a la aprobación del supervisor del empleado. Si bien se consideran todas las solicitudes de PTO, se puede denegar el PTO en el caso de una necesidad comercial y por orden de llegada.

**Acumulaciones**

La cantidad de PTO que acumule se basa en la duración de su servicio y se acumula de acuerdo con el cuadro de Cronograma de acumulación a continuación. El PTO se acumula a medida que trabaja. No acumulará tiempo de PTO mientras esté de licencia o suspensión por parte de la Compañía.

| Año | Executive | Directors, Operating Partners, Administration | | Hourly Office/Facilities | | Full-Time Salaried | | BOH/HRLY Lead Full-Time | | BOH Part-Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Máximo de horas ganadas | Tasa de acumulación | Máximo de horas ganadas | Tasa de acumulación | Máximo de horas ganadas | Tasa de acumulación | Máximo de horas ganadas | Tasa de acumulación | Máximo de horas ganadas | Tasa de acumulación |
| 1-3 | Self-Managed | n/a | n/a | 80 | 3.08hr | 80 | 3.08hr | 40 | 1.54hr | 20 | 0.77hr |
| 1-5 | Self-Managed | 120 | 4.62hr | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 3-10* | Self-Managed | n/a | n/a | 120 | 4.62hr | 120 | 4.62hr | 40 | 1.54hr | 20 | 0.77hr |
| 5+ | Self-Managed | 160 | 6.15 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 10+* | Self-Managed | n/a | n/a | 160 | 6.15hr | 120 | 4.62hr | 40 | 1.54hr | 20 | 0.77hr |

*Las tasas de acumulación se calculan sobre la base de un período de pago quincenal. Los empleados de NY acumulan a.5 de lo anterior debido a la nómina semanal.*

**\*La tasa más alta entra en vigencia durante el período de pago en el que cae el aniversario de servicio del empleado**

HOGSALT

936 W Huron | Chicago, IL 60642 | hr@hogsalt.com

**Tiempo Máximo Acumulado**

Aunque puede transferir el tiempo de PTO no utilizado de un año a otro, hay un límite en la cantidad de tiempo de PTO que puede acumular. Esto lo alienta a usar su PTO y le permite a la empresa administrar sus obligaciones financieras de manera responsable. Una vez que alcance su límite, no acumulará más PTO hasta que use parte del tiempo en su cuenta y caiga por debajo del límite. Después de que su saldo esté por debajo del límite, comenzará a acumular PTO nuevamente. Sin embargo, no recibirá crédito retroactivo por el tiempo trabajado mientras estaba en el límite máximo. La acumulación de PTO está limitada a su asignación de tiempo de PTO, que se basa en el trabajo y la antigüedad.

**Terminación**

Se le pagará por todo el PTO acumulado pero no utilizado cuando deje la empresa de acuerdo con la ley estatal aplicable. Cualquier saldo negativo de PTO se adeudará a Hogsalt y se deducirá al momento de la terminación.

**Gestión de tomas de fuerza**

You are responsible for managing your PTO account. It is important that you plan ahead for how you will use it. This means developing a plan for taking your vacations, as well as doctor's appointments and personal business. It also means holding some time in "reserve" for the unexpected, such as emergencies.

**Incrementos mínimos de PTO**

La cantidad mínima de PTO que puede usar a la vez depende de si es un empleado con estatus exento o no exento. Si no está exento, no puede tomar menos de una hora libre a la vez. Si es un empleado con estatus de exento, debe tomar PTO en incrementos de no menos de medio día o 4 horas.

**Aviso y Programación**

Debe proporcionar a su supervisor un aviso con anticipación razonable y obtener aprobación antes de usar PTO. Esto le permite a usted y a su supervisor prepararse para su tiempo libre y garantizar que se satisfagan todas las necesidades de personal. Puede haber ocasiones, como una enfermedad repentina, en las que no pueda notificar a su supervisor por adelantado. En esas situaciones, debe informar a su supervisor de sus circunstancias lo antes posible.

**Coordinando PTO con Compensación de Trabajadores**

Los empleados que reciben beneficios bajo la compensación de trabajadores no pueden recibir pagos tanto de PTO como de compensación de trabajadores por las mismas horas. Sin embargo, los empleados pueden complementar el pago de compensación laboral con PTO para cumplir con su salario completo.

This policy is intended as a guideline to assist in the consistent application of Company policies and programs for employees. This policy does not create a contract implied or expressed, with any Hogsalt employees, who are employees at will. Hogsalt reserves the right to modify this policy in whole or in part, at any time, at its discretion.

# HOGSALT®

936 West Huron Street · Chicago Illinois 60642 · contact@hogsalt.com

## DOOR CODE SAFETY POLICY

As an employee of the Company, you will be issued a confidential, personalized code that will be used to access your store location, and/or other locations where you work. This code is meant for the exclusive use of the employee to whom it is issued and it will be deactivated if your employment with the Company should end. At no time are you authorized to share this door code with another employee, manager, guest and/or vendor.

This system is put in place to ensure the safety and security of our employees. If we believe a code has been used by any person other than the one employee to whom the code was issued, an investigation will take place. Any employee found to disclose their code will be subject to disciplinary actions up to and including termination.

---

## POLÍTICA DE SEGURIDAD DEL CÓDIGO DE PUERTA

Como empleado de la Compañía, se le emitirá un código confidencial y personalizado que se utilizará para acceder a la ubicación de su tienda y / u otras ubicaciones donde trabaja. Este código está destinado al uso exclusivo del empleado a quien se emite y se desactivará si termina su relación laboral con la Compañía. En ningún momento está autorizado a compartir este código de puerta con otro empleado, gerente, invitado y / o proveedor.

Este sistema se implementa para garantizar la seguridad de nuestros empleados. Si creemos que cualquier persona que no sea el empleado a quien se le entregó el código ha utilizado un código, se llevará a cabo una investigación. Cualquier empleado que revele su código estará sujeto a acciones disciplinarias que pueden incluir el despido.
















HOGSALT®

936 West Huron Street • Chicago Illinois 60642 • contact@hogsalt.com

# BACKGROUND CHECK

**Background Check Policy and Procedure**

All offers of employment are contingent upon clear results of a thorough background check. Background checks will be conducted on all new employees and on all employees, who are promoted, as deemed necessary based on the job responsibilities.

Background checks will include:

- **Social Security Verification:** validates the applicant's Social Security number, date of birth and former addresses.

- **Criminal History:** includes review of criminal convictions and probation. The following factors will be considered for applicants with a criminal history:

    o The nature of the crime and its relationship to the position.

    o The time since the conviction.

    o The number (if more than one) of convictions.

    o Whether hiring, transferring or promoting the applicant would pose an unreasonable risk to the business, its employees or its customers and vendors.

The following additional background searches will be required if applicable to the position:

- **Motor Vehicle Records:** provides a report on an individual's driving history in the state requested. This search will be run when driving is an essential requirement of the position.

- **Credit History:** confirms candidate's credit history. This search will be run for leadership positions that involve management of Company funds and/or handling of cash or credit cards.

## Procedure

All new hires or applicable promotions within the Company, must complete a background check authorization form.

Human Resources will order the background check upon receipt of the signed release form, and a third party employment screening service will conduct the checks. A designated HR representative will review all results.

In instances where negative or incomplete information is obtained, Human Resources will assess the potential risks and liabilities related to the job's requirements and determine whether the individual should continue employment. If a decision not to continue employment or promote a candidate is made based on the results of a background check, there may be certain additional Fair Credit Reporting Act (FCRA) requirements that will be handled by Human Resources in conjunction with the employment screening service (if applicable).

Background check information will be maintained in a file separate from employees' personnel files for a minimum of five years.

The Company reserves the right to modify this policy at any time without notice.

# HOGSALT ®

936 West Huron Street · Chicago Illinois 60642 · contact@hogsalt.com

# VERIFICACIÓN DE ANTECEDENTES

**Política y procedimiento de verificación de antecedentes**

Todas las ofertas de empleo dependen de los resultados claros de una verificación de antecedentes exhaustiva. Se realizarán verificaciones de antecedentes de todos los empleados nuevos y de todos los empleados que sean promovidos, según se considere necesario en función de las responsabilidades laborales.

Las verificaciones de antecedentes incluirán:

- **Verificación del Seguro Social**: valida el número de Seguro Social del solicitante, la fecha de nacimiento y las direcciones anteriores.

- **Antecedentes Penales**: incluye revisión de condenas penales y libertad condicional. Se considerarán los siguientes factores para los solicitantes con antecedentes penales:

  - La naturaleza del delito y su relación con el cargo.

  - El tiempo transcurrido desde la condena.

  - El número (si hay más de uno) de condenas.

  - Si contratar, transferir o promover al solicitante representaría un riesgo irrazonable para la empresa, sus empleados o sus clientes y proveedores.

Se requerirán las siguientes búsquedas de antecedentes adicionales si corresponde al puesto:

- **Registros de Vehículos Motorizados**: proporciona un informe sobre el historial de conducción de una persona en el estado solicitado. Esta búsqueda se ejecutará cuando la conducción sea un requisito imprescindible del puesto.

- **Historial Crediticio**: confirma el historial crediticio del candidato. Esta búsqueda se realizará para puestos de liderazgo que involucren la administración de fondos de la Compañía y / o el manejo de efectivo o tarjetas de crédito.

## Procedimiento

Todas las nuevas contrataciones o promociones aplicables dentro de la Compañía deben completar un formulario de autorización de verificación de antecedentes.

Recursos Humanos ordenará la verificación de antecedentes al recibir el formulario de autorización firmado, y un servicio de selección de empleo de terceros realizará las verificaciones. Un representante de recursos humanos designado revisará todos los resultados.

En los casos en que se obtenga información negativa o incompleta, Recursos Humanos evaluará los riesgos y responsabilidades potenciales relacionados con los requisitos del trabajo y determinará si la persona debe continuar en el empleo. Si se toma la decisión de no continuar con el empleo o promover a un candidato en función de los resultados de una verificación de antecedentes, puede haber ciertos requisitos adicionales de la Ley de Informe de Crédito Justo (FCRA) que serán manejados por Recursos Humanos junto con el servicio de selección de empleo ( si es aplicable).

La información de verificación de antecedentes se mantendrá en un archivo separado de los archivos de personal de los empleados durante un mínimo de cinco años.

La Compañía se reserva el derecho de modificar esta política en cualquier momento sin previo aviso.

**Statement and Consent to Receive Pay Day LLC Plan Disclosures Electronically**

Individuals entitled to receive benefits under the Pay Day LLC Benefits Plan (the Plan) are also entitled to be furnished with certain documents required by ERISA. Pay Day LLC intends to provide the following documents to you by electronic delivery (as described below):

- the Summary Plan Description (SPD);
- any required Summaries of Material Modifications (SMMs);
- the Summary Annual Report (SAR); and
- any documents required to be furnished or made available under ERISA on request by a participant or beneficiary under the Plan.

These ERISA-required documents will be furnished to you in each case as an attachment to an e-mail sent to the e-mail address you specify to us. The attachment will be in PDF format. To access the e-mail and attached document, you must have (1) a computer with internet access; (2) a program installed on that computer allowing you to send and receive e-mails (such as Internet Explorer or Netscape); and (3) the application Adobe Reader program installed on your computer allowing you to open and read the attached document. To retain a copy of the e-mail and attached document for future reference, you must either (1) be able to print a copy on a printer attached to the computer; or (2) save a copy in electronic form onto a backup system external to your computer's hard drive.

If any of these requirements change in a way that creates a material risk that you will no longer be able to access and retain electronically transmitted documents, please let Pay Day LLC know immediately by contacting Jamie Jones, Human Resources Director, by emailing hr@hogsalt.com.

To receive documents electronically, you must complete and return the following Consent including an e-mail address to which electronic documents should be sent. You may withdraw this consent at any time by sending an email to David Sanchez-Aguilera, Human Resources Coordinator, via the address hr@hogsalt.com that indicates in the subject line: Consent Withdrawn for Electronic. To update your e-mail address, please notify David Sanchez, Human Resources Coordinator, by sending an e-mail message to hr@hogsalt.com that indicates in the subject line: Change in E-Mail Address for Electronic Disclosure.

You still have a right to request and obtain a paper version of any electronically transmitted document at no charge. Contact Melissa Carter, Benefits Manager of Pay Day LLC, who acts on behalf of the plan administrator, at benefits@hogsalt.com to request a paper version.

**Consent to Receive Plan Disclosures Electronically**

I have read and received the Statement Regarding Pay Day LLC Plan Electronic Disclosures (the Statement), which is set out above. I consent to receiving the type of documents described in the Statement by electronic means at the e-mail address provided below. I understand that if my e-mail address changes, I must notify David Sanchez-Aguilera Human Resources Coordinator by sending an e-mail message to hr@hogsalt.com. I confirm that I have the ability to access information in the electronic form that is described in the Statement. I understand that I will receive copies of the types of document described in the Statement only in the electronic form described there unless I affirmatively request a paper copy of such document.

I understand that I can withdraw this consent at any point.

**Declaración y consentimiento para recibir declaraciones del plan Pay Day LLC electrónicamente**

Las personas que tienen derecho a recibir beneficios bajo el Plan de Beneficios de Pay Day LLC (el Plan) también tienen derecho a recibir ciertos documentos requeridos por ERISA. Pay Day LLC tiene la intención de proporcionarle los siguientes documentos mediante entrega electrónica (como se describe a continuación):

- · la Descripción resumida del plan (SPD);
- · cualquier resumen de modificaciones de materiales (SMM) requerido;
- · el resumen del Informe Anual (SAR); y
- · cualquier documento requerido para ser proporcionado o puesto a disposición bajo ERISA a petición de un participante o beneficiario bajo el plan

Estos documentos requeridos por ERISA se le entregarán en cada caso como un archivo adjunto a un correo electrónico enviado a la dirección de correo electrónico que nos especifique. El archivo adjunto estará en formato PDF. Para acceder al correo electrónico y al documento adjunto, debe tener (1) una computadora con acceso a Internet; (2) un programa instalado en esa computadora que le permite enviar y recibir correos electrónicos (como Internet Explorer o Netscape); y (3) el programa Adobe Reader de la aplicación instalado en su computadora que le permite abrir y leer el documento adjunto. Para conservar una copia del correo electrónico y el documento adjunto para futuras referencias, debe (1) poder imprimir una copia en una impresora conectada a la computadora; o (2) guarde una copia en formato electrónico en un sistema de respaldo externo al disco duro de su computadora.

Si cualquiera de estos requisitos cambia de una manera que crea un riesgo importante de que ya no pueda acceder y retener documentos transmitidos electrónicamente, informe a Pay Day LLC de inmediato al comunicarse con Jamie Jones, Director de Recursos Humanos, enviando un correo electrónico a hr@hogsalt.com. Para recibir documentos electrónicamente, debe completar y enviar el siguiente consentimiento, incluida una dirección de correo electrónico a la que se deben enviar los documentos electrónicos. Puede retirar este consentimiento en cualquier momento enviando un correo electrónico a David Sanchez-Aguilera, Coordinador de Recursos Humanos, a través de la dirección hr@hogsalt.com que se indica en la línea de asunto: Consentimiento retirado de Electronic. Para actualizar su dirección de correo electrónico, notifique a David Sanchez, Coordinador de Recursos Humanos, enviando un mensaje de correo electrónico a hr@hogsalt.com que indique en la línea del asunto: Cambio en la Dirección de Correo Electrónico para la Divulgación Electrónica. Todavía tiene el derecho de solicitar y obtener una versión en papel de cualquier documento transmitido electrónicamente sin costo alguno. Comuníquese con Melissa Carter, Gerente de Beneficios, que actúa en nombre del administrador del plan, por correo electrónico a benefits@hogsalt.com para solicitar una copia en papel.

**Consentimiento para recibir declaraciones del plan electrónicamente**

He leído y he recibido la Declaración con respecto a las Divulgaciones electrónicas del Plan Pay Day LLC (la Declaración), que se describe anteriormente. Doy mi consentimiento para recibir el tipo de documentos descritos en La Declaración por medios electrónicos en la dirección de correo electrónico que se proporciona a continuación.

Entiendo que si mi dirección de correo electrónico cambia, debo notificar al Coordinador de Recursos Humanos de David Sanchez-Aguilera enviando un mensaje de correo electrónico a hr@hogsalt.com. Confirmo que tengo la capacidad de acceder a la información en el formulario electrónico que se describe en la Declaración.

Entiendo que recibiré copias de los tipos de documentos descritos en la Declaración solo en el formulario electrónico descrito allí, a menos que solicite afirmativamente una copia en papel de dicho documento.

Entiendo que puedo retirar este consentimiento en cualquier momento.

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## FOOD EMPLOYEE REPORTING AGREEMENT

Preventing Transmission of Diseases through Food by Infected Food Employees with Emphasis on Illness due to Norovirus, Salmonella Typhi, Shigella spp., or Shiga toxin- producing Escherichia coli (STEC), nontyphoidal Salmonella or Hepatitis A Virus.

The purpose of this agreement is to inform Food Employees of their responsibility to notify the person in charge when they experience any of the conditions listed so that the person in charge can take appropriate steps to preclude the transmission of foodborne illness.

### I AGREE TO REPORT TO THE PERSON IN CHARGE:

Any Onset of the Following Symptoms, Either While at Work or Outside of Work, Including the Date of Onset:

1. Diarrhea
2. Vomiting
3. Jaundice
4. Sore throat with fever
5. Infected cuts or wounds, or lesions containing pus on the hand, wrist, an exposed body part, or other body part and the cuts, wounds, or lesions are not properly covered (such as boils and infected wounds, however small)

**Future Medical Diagnosis:**

Whenever diagnosed as being ill with Norovirus, typhoid fever (Salmonella Typhi), shigellosis (Shigella spp. infection), Escherichia coli O157:H7 or other STEC infection, nontyphoidal Salmonella or hepatitis A (hepatitis A virus infection)

**Future Exposure to Foodborne Pathogens:**

1. Exposure to or suspicion of causing any confirmed disease outbreak of Norovirus, typhoid fever, shigellosis, E. coli O157:H7 or other STEC infection, or hepatitis A.
2. A household member diagnosed with Norovirus, typhoid fever, shigellosis, illness due to STEC, or hepatitis A.
3. A household member attending or working in a setting experiencing a confirmed disease outbreak of Norovirus, typhoid fever, shigellosis, E. coli O157:H7 or other STEC infection, or hepatitis A.

I have read (or had explained to me) and understand the requirements concerning my responsibilities under the Food Code and this agreement to comply with:

1. Reporting requirements specified above involving symptoms, diagnoses, and exposure specified;
2. Work restrictions or exclusions that are imposed upon me; and
3. Good hygienic practices.

I understand that failure to comply with the terms of this agreement could lead to action by the food establishment or the food regulatory authority that may jeopardize my employment and may involve legal action against me.

      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

## ACUERDO DE INFORMES DE EMPLEADOS DE ALIMENTOS

Prevención de la transmisión de enfermedades a través de los alimentos por parte de empleados de alimentos infectados con énfasis en enfermedades debidas a Norovirus, Salmonella Typhi, Shigella spp., Escherichia coli (STEC) productora de toxina Shiga, virus de la hepatitis A o no.

El propósito de este acuerdo es informar a los Empleados de Alimentos de su responsabilidad de notificar a la persona a cargo cuando experimenten alguna de las condiciones enumeradas para que la persona a cargo pueda tomar las medidas adecuadas para evitar la transmisión de enfermedades transmitidas por los alimentos.

## ACEPTO REPORTAR A LA PERSONA EN CARGO:

Cualquier aparición de los siguientes síntomas, ya sea en el trabajo o fuera del trabajo, incluida la fecha de inicio:

1. Diarrea
2. vómitos
3. ictericia
4. Dolor de garganta con fiebre.
5. Cortes o heridas infectadas, o lesiones que contienen pus en la mano, la muñeca, una parte del cuerpo expuesta u otra parte del cuerpo, y los cortes, heridas o lesiones no están adecuadamente cubiertos (como esquirlas y heridas infectadas, aunque sean pequeñas)

### Diagnóstico médico futuro:

Cuando se diagnostica que está enfermo con Norovirus, fiebre tifoidea (Salmonella Typhi), shigelosis (infección por Shigella spp.), Escherichia coli O157: H7 u otra infección por STEC, Salmonella no tifoidea o hepatitis A (infección por el virus de la hepatitis A)

### Exposición futura a patógenos transmitidos por los alimentos:

1. Exposición o sospecha de causar un brote de enfermedad confirmado de Norovirus, fiebre tifoidea, shigelosis, E. coli O157: H7 u otra infección por STEC, o hepatitis A.
2. Un miembro del hogar diagnosticado con Norovirus, fiebre tifoidea, shigelosis, enfermedad por STEC o hepatitis A.
3. Un miembro de la familia que asiste o trabaje en un entorno que experimente un brote confirmado de enfermedad por Norovirus, fiebre tifoidea, shigelosis, E. coli O157: H7 u otra infección por STEC, o hepatitis A.

He leído (o me lo han explicado) y entiendo los requisitos con respecto a mis responsabilidades según el Código de Alimentos y este acuerdo para cumplir con:

1. Requisitos de informes especificados anteriormente que involucran síntomas, diagnósticos y exposición especificada;
2. Las restricciones o exclusiones de trabajo que se me imponen; y
3. Buenas prácticas higiénicas.

Entiendo que el incumplimiento de los términos de este acuerdo podría llevar a una acción por parte del establecimiento de alimentos o la autoridad reguladora de alimentos que puede poner en peligro mi empleo y puede implicar acciones legales en mi contra.

      
       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

# ALCOHOL BEVERAGE SERVICE

## POLICY DIRECTIVE

## RESPONSIBLE ALCOHOL BEVERAGE SERVICE

Hogsalt Hospitality is committed to the responsible service of alcoholic beverages. In accordance to this commitment, all employees are required to follow the procedures listed below:

1. No employee will serve an alcoholic beverage to anyone under the age of 21.

2. All employees will carefully check Identification of anyone who appears to be under 35 years of age.

   a. Acceptable forms of identification are highlighted below:

ACCEPTED FORMS OF IDS FOR HOGSALT



A valid current driver's license or photo ID card issued by the Illinois Secretary of State's Office or any other State

A valid current driver's license or photo ID card issued by a foreign government




A valid U.S. passport or foreign passport containing the holder's photograph

A valid Armed Forces ID

















# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

    b.  The employee will carefully check the identification to determine its authenticity. <u>The manager should be informed if there is any appearance of forgery.</u>

    c.  In the absence of authentic identification, or in case of doubt, the employee will refuse service of alcoholic beverages to the customer.

3. No employee will serve alcoholic beverages to anyone to the point of intoxication.

4. <u>It is the employee's responsibility to notify a manager when a customer shows signs of intoxication or is requesting alcoholic beverages above the limits of responsible beverage service.</u>

5. Any intoxicated customer wishing to leave the establishment will be urged to use alternative transportation.  Our staff can provide assistance in finding transportation if necessary.

6. All employees are obligated to inform law enforcement authorities when intervention attempts fail.

7. All employees who serve/sell alcoholic beverages will successfully complete a ILCC certified training course when beginning employment.

**The sale/service of alcoholic beverages should not be a routine! It is one of the few legal products you can sell that could put you in jail.**

**THE MANAGEMENT FULLY SUPPORTS THESE POLICIES AND WILL STAND BEHIND OUR EMPLOYEES IN THEIR DECISIONS TO PROMOTE RESPONSIBLE SERVICE.**

---

# SERVICIO DE BEBIDAS ALCOHÓLICAS
## POLÍTICA
## SERVICIO RESPONSABLE DE BEBIDAS ALCOHÓLICAS

Hogsalt Hospitality está comprometido al servicio responsable de bebidas alcohólicas. De acuerdo a este compromiso, todos los empleados están requeridos a seguir los siguientes procedimientos.

1. Ningún empleado servirá una bebida alcohólica a alguien menor de 21 años.

2. Todos los empleados cuidadosamente pedirán una forma de identificación a quien se mire menor de 35 años.

    a.  Las formas de identificación aceptadas por Hogsalt son:

      

       

# HOGSALT®

936 W Huron | Chicago, IL 60642 | contact@hogsalt.com

| | |
|---|---|
| Una licencia de manejo valida o identificación del estado con foto otorgada por la secretaria del estado de Illinois o algún otro estado. | Una licencia de manejo valida o identificación del estado con foto otorgada por otro país |
| Un pasaporte con foto de los Estados Unidos o de otro país. | Una identificación valida del ejercito |

    b.  El empleado cuidadosamente verificara la autenticidad de la identificación. El jefe debe ser informado si hay una sospecha que esta identificación es falsa.

    c.  En caso que se sospeche que la identificación no sea autentica, o que sea dudosa, el empleado puede negarse a servir bebidas alcohólicas al cliente.

3.  Ningún empleado servirá bebidas alcohólicas a nadie quien este pasado del punto de intoxicación.

4.  <u>Es la responsabilidad del empleado notificar a su jefe cuando haiga un cliente que muestre señales de intoxicación o que este pidiendo bebidas alcohólicas mas allá de los límites permitidos.</u>

5.  Cualquier cliente intoxicado que quiera irse del establecimiento será instado a usar otro tipo de transportación. Nuestro personal puede brindar asistencia de transportación si es necesaria.

6.  Todos los empleados están obligados de informar a la policía cuando los intentos de intervención fallan

7.  Todos los empleados que sirvan/vendan bebidas alcohólicas habrán completado el curso de entrenamiento ILCC para el primer día que sean contratados en el trabajo.

**¡La venta/servicio de bebidas alcohólicas no debe ser una rutina! Es uno de los pocos productos legales que usted puede vender que lo podría meter a la cárcel.**

**LOS JEFES SOPORTAN ESTAS POLITICAS EN SU TOTALIDAD Y APOYARAN A SUS EMPLEADOS EN SUS DECICIONES DE PROMOVER EL SERVICO RESPONSIBLE DE ALCOHOL.**

      

       

# HOGSALT®

## ALLERGY TICKET PROTOCOL
### *FULL SERVICE LOCATIONS*

· We ask **EVERY** guest if they have any allergies or aversions. This includes repeat diners, regulars and employees.

· If a guest declares an allergy, fill out an allergy ticket before ringing in food. The allergy ticket must be signed by a FOH Manager and your Expeditor. Modifications to food must be written out on pink allergy ticket.



**EXAMPLE:** Dairy Allergy - Filet (no butter)

· Servers are responsible for stocking allergy tickets. Leaders are responsible for stocking pink paper to make allergy tickets. Allergy tickets must be stocked in every service station and at expo. Allergy tickets are always printed on pink paper.

· Allergies are to be rung into Toast POS as a modifier for every item that the allergic guest could potentially eat or share. Modifications to food are also rung into Toast. If the modifications are too lengthy - use *see server* and verbal modifications to Expo.

```
#6                 2:18 PM
----------------------------
Server: Bavette's C
----------------------------
Table 7, Guests: 4
      --- FIRE ---
1 Filet             S/3
    Medium Rare
    !!! Dairy
    Allergy !!!
    No Butter
```

· The MOD or Expo will cross reference allergies from the recipe app to ensure that your guests are safely served. Be aware, that this important step can add time to the process of ringing in food, so plan accordingly. Inform your table that we take allergies very seriously and that their food may take a few minutes longer while we double check our recipes and ensure their food is prepared without cross contamination. This conversation sets the guest at ease and aligns their expectations.

· Expeditor must call out allergy and address concerns with line while preparing food, even if it is an allergy that we know will not be affected.

· FOH Leaders check all food in the pass and run all allergy food to guests. FOH Leaders are the final eyes on food to ensure that no steps were missed in the BOH.

· Expeditor staples allergy ticket to the back of printed ticket. All allergy tickets will be collected by servers or bartenders and dropped with their EOD (End of Day) paperwork.

· Skipping any part of this process is grounds for immediate termination. We have a zero tolerance policy regarding our allergy process.

As service professionals, we hold our guest's health and safety in our hands. These protocols are in place to protect our guests and they are non-negotiable.

When you have a guest with an allergy, slow down and double check all of your work to ensure that you are following the proper allergy ticket protocol.

# HOGSALT®

## PROTOCOLO DE BOLETOS DE ALERGIA
### Ubicaciones de servicio completo

· Preguntamos a **TODOS** los huéspedes si tienen alguna alergia o aversión. Esto incluye comensales habituales, clientes habituales y empleados.

· Si un invitado declara una alergia, complete un boleto de alergia antes de enviar alimentos. El ticket de alergia debe estar firmado por un gerente de FOH y su expedidor. Las modificaciones a los alimentos deben estar escritas en el boleto rosado de alergia.



**EJEMPLO:** Alergia a los lácteos - Filete (sin mantequilla)

· Los servidores son responsables de almacenar boletos de alergia. Los líderes son responsables de almacenar papel rosa para hacer boletos para alergias. Los boletos para alergias deben almacenarse en todas las estaciones de servicio y en la exposición. Los boletos para alergias siempre se imprimen en papel rosa.

· Las alergias deben tocarse en Toast POS como un modificador para cada artículo que el huésped alérgico podría comer o compartir. Las modificaciones a la comida también se tocan en Toast. Si las modificaciones son demasiado largas, use * ver servidor * y modificaciones verbales a Expo.



· El MOD o la Expo cruzarán las alergias de referencia de la aplicación de recetas para garantizar que sus invitados sean atendidos de manera segura. Tenga en cuenta que este paso importante puede agregar tiempo al proceso de sonar en los alimentos, así que planifique en consecuencia. Informe a su mesa que tomamos las alergias muy en serio y que su comida puede demorar unos minutos más mientras revisamos nuestras recetas y nos aseguramos de que su comida esté preparada sin contaminación cruzada. Esta conversación tranquiliza al invitado y alinea sus expectativas.

· Expeditor debe llamar a la alergia y abordar las inquietudes con la línea mientras prepara los alimentos, incluso si es una alergia que sabemos que no se verá afectada.

· Los líderes de FOH revisan todos los alimentos en el pase y distribuyen todos los alimentos para las alergias a los invitados. Los líderes de FOH son los ojos finales de la comida para garantizar que no se pierdan pasos en el BOH.

· Expeditor boleto de alergia de grapas en la parte posterior del boleto impreso. Todos los boletos de alergia serán recogidos por servidores o camareros y se dejarán caer con su documentación EOD (Fin del día).

· Saltarse cualquier parte de este proceso es motivo de terminación inmediata. Tenemos una política de tolerancia cero con respecto a nuestro proceso de alergia.

Como profesionales de servicio, tenemos la salud y la seguridad de nuestros huéspedes en nuestras manos. Estos protocolos están vigentes para proteger a nuestros huéspedes y no son negociables.

Cuando tenga un invitado con alergia, reduzca la velocidad y vuelva a verificar todo su trabajo para asegurarse de que está sigui- endo el protocolo de boleto de alergia adecuado.

# CHICAGO OFFICE OF LABOR STANDARDS

## MINIMUM WAGE



### SETS MINIMUM WAGE IN CHICAGO (MCC 6-105)

| July 1, 2022 Effective Date | Large Employers 21 or more employees | Small Employers 4 to 20 employees | Youth Workers | Tipped Workers | | |
|---|---|---|---|---|---|---|
| | | | | Large | Small | Youth |
| **Min Wage** | $15.40 | $14.50 | $12.00 | $9.24 | $8.70 | $7.20 |
| **Overtime Min Wage** | $23.10 | $21.75 | $18.00 | $16.94 | $15.95 | $13.20 |

**All Domestic Workers must receive at least the $15.40 minimum wage.**
If the tipped wage plus tips does not equal the minimum wage, the Employer must make up the difference.

## PAID SICK LEAVE



### REQUIRES PAID LEAVE FOR MEDICAL OR SAFETY REASONS (MCC 6-105)

**Employers must provide Employees with Paid Sick Leave (PSL) to care for themselves or a family member** if they work at least 80 hours within any 120-day period.

| Earning Leave | Using Leave | Carrying Over |
|---|---|---|
| **1 hour of PSL for every 40 hours worked** (up to 40 hours in a 12- month period) may be accrued. | **Up to 40 hours first year** (up to 60 hours during the second 12-month period) may be used. | **One half of PSL hours can be carried over between 12 month periods** (up to 20 hours). In certain cases, up to 40 hours may be carried over. |

## WAGE THEFT



### FORBIDS THE THEFT OF WAGES AND BENEFITS (MCC 6-105)

| Wage Theft | Violations and Fines |
|---|---|
| • **Wage Theft means the non-payment of wages,** including paid time off or other paid benefits<br>• **Employers must pay Employees on time** | • Employees can recoup **unpaid wages plus damages**<br>• **Violators may be subject to fines or civil actions** |

## HUMAN TRAFFICKING



### WORKERS ARE PROTECTED UNDER CHICAGO AND ILLINOIS LAW

If you or someone you know is being forced to engage in any activity or forced to work, cannot leave, is having their wages taken, has had their passport or ID taken away, or is being threatened with deportation if they don't work,
**Call the National Human Trafficking Hotline** 1-888-373-7888 or **Text "HELP"** to 233733 to access free help and services.
Available at all times in 160 languages and operated by a nongovernmental organization.

## FILE A COMPLAINT

### Call 311, use the CHI 311 app, or file a Complaint Form at Chicago.gov/LaborStandards.



For further detail, including a full list of exempted Employees, visit Chicago.gov/LaborStandards or contact the Office of Labor Standards at bacplaborstandards@cityofchicago.org or 312-744-2211.

This Notice must be displayed in a conspicuous place at the place of employment and provided with each Covered Employee's first paycheck. Retaliation is prohibited. Notice effective on July 1, 2022. Last updated June 7, 2022.



# CHICAGO NORMAS LABORALES DE CHICAGO



## $ SALARIO MÍNIMO

### FIJA SALARIO MÍNIMO EN CHICAGO (MCC 6-105)

| 1 julio 2022 Fecha de vigencia | Grandes empleadores 21 o más empleados | Pequeños empleadores 4 a 20 empleados | Trabajadores Juveniles | Trabajadores de Propina | | |
|---|---|---|---|---|---|---|
| | | | | Grande | Pequeño | Juvenil |
| Salario Mínimo | $15.40 | $14.50 | $12.00 | $9.24 | $8.70 | $7.20 |
| Salario Mínimo de horas extras | $23.10 | $21.75 | $18.00 | $16.94 | $15.95 | $13.20 |

**Todas las trabajadoras del** hogar deben recibir al menos el salario mínimo de $15.40.
Si el salario con propina más las propinas no equivalen al menos al número de horas trabajadas multiplicado por el salario mínimo, **el Empleador debe compensar la diferencia.**



## ➕ LICENCIA POR ENFERMEDAD PAGADA

### REQUIERE TIEMPO PAGADO POR RAZONES MÉDICAS O DE SEGURIDAD (MCC 6-105)

**Los empleadores deben proporcionar a los Empleados una Licencia Pagada por Enfermedad (PSL) para cuidar de sí mismos o de un miembro de la familia** si trabajan al menos 80 horas dentro de un período de 120 días.

| Ganar Licencia / Tiempo | Usar Licencia / Tiempo | Continuar su Licencia / Tiempo |
|---|---|---|
| **Se puede acumular 1 hora de PSL por cada 40 horas trabajadas** (hasta 40 horas en un período de 12 meses). | **Se pueden usar hasta 40 horas el primer año** (hasta 60 horas durante el segundo período de 12 meses). | **La mitad de las horas de PSL se puede transferir entre períodos de 12 meses** (hasta 20 horas). En ciertos casos, se pueden prorrogar hasta 40 horas. |



## ROBO DE SALARIO

### PROHIBE EL ROBO DE SALARIOS Y BENEFICIOS (MCC 6-105)

| Robo de Salario | Infracciones y multas |
|---|---|
| • **Robo de salario** significa la falta de pago de salarios, incluido el tiempo libre pagado u otros beneficios pagados<br>• **Los empleadores deben pagar a los empleados a tiempo** | • Los empleados pueden **recuperar los salarios impagos más los daños**<br>• Los infractores pueden estar sujetos **a multas o acciones civiles** |

## ✋ TRATA DE PERSONAS

### LOS TRABAJADORES ESTÁN PROTEGIDOS BAJO LA LEYES DE CHICAGO E ILLINOIS

Si usted o alguien que conoce se ve obligado a participar en cualquier actividad o a trabajar, no puede irse, le quitan el salario, le quitan el pasaporte o la identificación, o lo amenazan con la deportación si no trabaja,

**Llame a la línea directa nacional contra la trata de personas 1-888-373-7888 o envíe un mensaje de texto con la palabra "HELP" al 233733 para acceder a ayuda y servicios gratuitos.**
Disponible en todo momento en 160 idiomas y operado por una organización no gubernamental.



## ARCHIVE UNA DEMANDA

**Llame al 311, use la aplicación CHI 311 o presente un formulario de queja en**
Chicago.gov/LaborStandards



Business Affairs and Consumer Protection

Para obtener más detalles, incluida una lista completa de los Empleados exentos, visite Chicago.gov/LaborStandards o comuníquese con la Oficina de Normas Laborales en bacplaborstandards@cityofchicago.org o al 312-744-2211. Este Aviso debe mostrarse en un lugar visible en el lugar de empleo y debe incluirse con el primer cheque de pago de cada Empleado Cubierto. Las represalias están prohibidas. Aviso efectivo a partir del 1 de julio de 2022. Última actualización en julio de 2022.

# HOGSALT®

936 W | Huron Chicago | IL 60642 | contact@hogsalt.com

### Photography Agreement and Release Form

For consideration received, including Hogsalt offer of employment and/or continued employment, I hereby grant Hogsalt, hereinafter referred to as "Company," the irrevocable, perpetual, and unrestricted right to take, use, and publish photographs, including my name and likeness, taken of me during my employment with the Company for use in the Company's print, online, and video-based marketing materials, as well as other Company publications.I hereby release and hold harmless the Company, its contractors, its employees and any third parties involved in the creation or publication of the images specified above from all claims and liability relating to the images, including any reasonable expectation of privacy, right of publicity, or confidentiality.

### Acuerdo de Fotografía y Formulario de Autorización

Por la consideración recibida, incluida la oferta de empleo de Hogsalt y / o el empleo continuo, por la presente otorgo a Hogsalt, en lo sucesivo denominado "Compañía", el derecho irrevocable, perpetuo y sin restricciones de tomar, usar y publicar fotografías, incluido mi nombre y semejanza. , tomado de mí durante mi empleo con la Compañía para su uso en los materiales de marketing impresos, en línea y basados ??en video de la Compañía, así como en otras publicaciones de la Compañía.Por la presente libero y eximo de responsabilidad a la Compañía, sus contratistas, sus empleados y cualquier tercero involucrado en la creación o publicación de las imágenes especificadas anteriormente de todas las reclamaciones y responsabilidades relacionadas con las imágenes, incluida cualquier expectativa razonable de privacidad, derecho de publicidad, o confidencialidad.

By signing you are acknowledging you reviewed our Photography Release Form. / Al firmar, confirma haber revisado nuestro Formulario de autorización de fotografía.
















- Los empleadores deben mantener registros de las vacaciones por enfermedad remuneradas acumuladas y ponerlos a disposición del Comisionado del Departamento de Asuntos Empresariales y Protección al Consumidor (BACP).
- Los empleadores no pueden discriminar o tomar ninguna acción adversa contra cualquier empleado en represalia por ejercer derechos bajo esta Ordenanza.
- Los empleadores pueden ser multados entre $ 500 y $ 1,000 por delito por violaciones de la Ordenanza, además de enfrentar la suspensión o revocación de la licencia y serán ordenados a pagar la restitución a los empleados.

LO QUE LOS EMPLEADORES TIENEN QUE HACER
- Los empleadores pueden fijar un mínimo razonable para que el tiempo solicitado no exceda las 4 horas diarias.
- Si el uso de licencia por enfermedad pagada es razonablemente previsible, los empleadores pueden exigir un aviso de hasta siete días antes de que se tome la licencia. Si la necesidad no es razonablemente previsible, el empleador podrá exigir la notificación tan pronto como sea posible el día en que se tome a menos que el empleado es incapaz de dar aviso debido a la incapacidad médica.
- Si un empleado está ausente por más de tres días consecutivos de trabajo, los empleadores pueden requerir documentación para el uso de licencia por enfermedad pagada.
  Los empleadores no pueden exigir que la documentación especifique la naturaleza de lesión, enfermedad o condición. Los empleadores no pueden negar la licencia por enfermedad pagada o retrasar los salarios debido a la falta de documentación.
- Los empleadores pueden tomar medidas disciplinarias, hasta e incluyendo la terminación, contra los empleados que usan licencia por enfermedad pagada para propósitos que no se describe en la Ordenanza.

**DERECHOS DE LOS EMPLEADOS BAJO LA ORDENANZA:**
LOS EMPLEADOS PUEDEN UTILIZAR LA LICENCIA DE ENFERMO PAGADA CUANDO
- Están enfermos o heridos, o para recibir atención médica, tratamiento, diagnóstico o atención médica preventiva;
- Ellos o un miembro de la familia son víctimas de violencia doméstica o delito sexual; o
- Su puesto de trabajo está cerrado por orden de un funcionario público debido a emergencia de salud pública, o tienen un hijo que necesita atención porque su escuela o lugar o cuidado está cerrado debido a una emergencia de salud pública.
- Los empleados que creen que no han recibido una licencia por enfermedad pagada pueden llamar al 311 para reportar una violación de la Ordenanza a la Ciudad de Chicago.
- Una declaración jurada de queja debe ser completada y devuelta a BACP para iniciar una investigación.
- Los empleados no están obligados a proporcionar, y la Ciudad no solicitará información sobre el estatus migratorio de cualquier persona que presente una queja.
- BACP no actúa como abogado privado del empleado. Cualquier empleado tiene derecho a entablar una acción civil privada contra el empleador en corte si infringió las disposiciones de la Ordenanza.

Para quejas llame al:

311

Para informacion adicional

WWW.CITYOFCHICAGO.ORG/BACP

# HOGSALT®

936 W | Huron Chicago | IL 60642 | contact@hogsalt.com

## 5. DISCRIMINATION, SEXUAL HARASSMENT, HOSTILE ENVIRONMENT

We believe that our Employees should be able to work in an atmosphere free from all forms of harassment. It is our policy to prohibit all types of harassment, including but not limited to harassment based on an Employee's actual or perceived: race, color, religion, sex, age, gender identity, gender expression, national origin, ancestry, disability, association with someone with a disability, marital status, pregnancy, citizenship status, order of protection status, military status, unfavorable discharge from military service, veteran status, sexual or reproductive health decisions, or on any other basis prohibited by local, state, or federal law. This policy extends to each and every level of our operations. Accordingly, harassment, whether by a fellow employee, a member of management, guest, or vendor, will not be tolerated. Activities of this nature are unlawful and serve no legitimate purpose; they have a disruptive effect on your ability to perform your job, and they undermine the integrity of the employment relationship. Harassment includes any unwelcome conduct on the basis of an Employee's actual or perceived class characteristic that has the purpose or effect of substantially interfering with the employee's work performance, or creating an intimidating, hostile, or offensive working environment. Working environment is not limited to the physical locations where employees perform their duties. Harassment against non-employees, like guests, vendors and visitors, is also not tolerated.

Specifically, sexual harassment means any: (i) unwelcome sexual advances or unwelcome conduct of a sexual nature; (ii) requests for sexual favors or conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or (2) submission to or rejection of such conduct by an individual is used as a basis for an employment decision affecting that individual; or (3) such conduct the purpose or the effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment; or (iii) sexual misconduct, which means any behavior of a sexual nature which also involves coercion, abuse of authority, or misuse of an individual's employment position. Some examples of unwelcome behavior that can be construed as sexual harassment include, but are not limited to: sexual advances; propositions; sexually suggestive gestures; sexual jokes; vulgar language; touching; physical assault; possessing, distributing or posting sexually explicit or suggestive magazines, pictures, posters, objects or material; derogatory comments about gender; references to a person's body parts; requests for sexual activity; and/or sexually explicit conversation.

We take allegations of harassment very seriously. If you believe that you are the victim of harassment by anyone (including supervisors, co-workers, guests, vendors or visitors), you should do the following:

1. If possible, document or otherwise record each incident of alleged harassment, including the date, time, place, what was said or done, and the surrounding circumstances.

2. If you are comfortable doing so, clearly and directly communicate to the offending individual that his/her conduct is unwelcome, and request that the offensive behavior stop.

Documents\4864-9148-3173.v1-6/27/22

# HOGSALT®

936 W | Huron Chicago | IL 60642  |contact@hogsalt.com

3. At the same time, you should immediately bring the matter to the attention of your manager. If your manager is somehow involved in the harassment, or if you are uncomfortable talking to them, you should report this matter to any other member of management or directly to Human Resources.

4. Managers and supervisors must report immediately to Human Resources any incidents that they hear about or observe that may constitute a violation of this policy.

Because of their sensitive nature, all complaints of harassment will be investigated with care, and the privacy of the complaining person and the person accused of harassment will be respected to the extent possible. The Company will actively investigate all harassment complaints, and if it is determined that harassment has occurred, management will take appropriate disciplinary action against the offending party, up to and including termination.

Retaliation is illegal under federal, state and local law, including in the City of Chicago. Retaliation against any person who in good faith has complained about harassment, filed a charge of harassment, or who otherwise participated in an investigation of harassment will not be tolerated. Furthermore, no supervisor, manager or officer has the authority to require you to tolerate or agree to any conduct that violates this policy in order to receive any job benefit, including compensation, duties, assignments, promotions, etc. Such activities are unlawful and will result in severe discipline, up to and including termination.

Sexual harassment is illegal under federal, state and local law, including in the City of Chicago. While we hope to be able to resolve any complaints of harassment within the organization, we acknowledge your right to contact government agencies if you believe that you are a victim of sexual harassment. These include: the Illinois Department of Human Rights (IDHR) at 222 South College, Floor 1, Springfield, Illinois 62704, or at 555 West Monroe St., Suite 700, Chicago, Illinois 60661, or by calling: (312) 814-6200; the United States Equal Employment Opportunity Commission (EEOC) at 500 West Madison Street, Suite 2800, Chicago, IL 60661; or the Chicago Commission on Human Relations (CCHR), 740 N. Sedgwick St., Suite 400, Chicago, IL 60654 or by calling: (312) 744-4111. A charge with IDHR must be filed within 300 days of the incident of sexual harassment. A charge with EEOC must be filed within 300 days of the incident. A Complaint before the Chicago Commission on Human Relations must be filed within 365 days. For additional information regarding Employee rights and responsibilities, please see our poster called "Equal Employment Opportunity is the Law."

All employees are required to attend a minimum of one hour of sexual harassment prevention training each year, and supervisors and managers must attend a minimum of two hours of sexual harassment prevention training each year. All employees, supervisors and managers must attend a minimum one hour of sexual harassment bystander training each year.

This Section outlines the core principles of our approach to allegations of harassment. For state-specific details, please see the Handbook addendum relevant to you, available on Paylocity.

Documents\4864-9148-3173.v1-6/27/22

# HOGSALT®

936 W | Huron Chicago | IL 60642 |contact@hogsalt.com

## 5. DISCRIMINACIÓN, ACOSO SEXUAL, AMBIENTE HOSTIL

Creemos que nuestros Empleados deben poder trabajar en un ambiente libre de toda forma de acoso. Es nuestra política prohibir todo tipo de acoso, incluido, entre otros, el acoso basado en la raza, el color, la religión, el sexo, la edad, la identidad de género, la expresión de género, el origen nacional, la ascendencia, la discapacidad, la asociación con alguien con una discapacidad, estado civil, embarazo, estado de ciudadanía, estado de orden de protección, estado militar, baja desfavorable del servicio militar, estado de veterano, decisiones de salud sexual o reproductiva, o cualquier otra base prohibida por la ley local, estatal o federal . Esta política se extiende a todos y cada uno de los niveles de nuestras operaciones. En consecuencia, no se tolerará el acoso, ya sea por parte de un compañero de trabajo, un miembro de la gerencia, un invitado o un proveedor. Las actividades de esta naturaleza son ilegales y no tienen un propósito legítimo; tienen un efecto perturbador en su capacidad para realizar su trabajo y socavan la integridad de la relación laboral. El acoso incluye cualquier conducta no deseada sobre la base de la característica de clase real o percibida de un Empleado que tiene el propósito o el efecto de interferir sustancialmente con el desempeño laboral del empleado, o crear un ambiente de trabajo intimidatorio, hostil u ofensivo. El ambiente de trabajo no se limita a las ubicaciones físicas donde los empleados realizan sus funciones. Tampoco se tolera el acoso contra personas que no son empleados, como invitados, proveedores y visitantes.

Específicamente, acoso sexual significa cualquier: (i) insinuaciones sexuales no deseadas o conducta no deseada de naturaleza sexual; (ii) solicitudes de favores sexuales o conducta de naturaleza sexual cuando (1) la sumisión a dicha conducta se hace explícita o implícitamente como un término o condición del empleo de un individuo; o (2) la sumisión o el rechazo de tal conducta por parte de un individuo se utiliza como base para una decisión de empleo que afecta a ese individuo; o (3) dicha conducta tiene el propósito o el efecto de interferir sustancialmente con el desempeño laboral de una persona o crear un ambiente de trabajo intimidante, hostil u ofensivo; o (iii) conducta sexual inapropiada, lo que significa cualquier comportamiento de naturaleza sexual que también implique coerción, abuso de autoridad o mal uso del puesto de trabajo de una persona. Algunos ejemplos de comportamiento no deseado que pueden interpretarse como acoso sexual incluyen, entre otros: insinuaciones sexuales; proposiciones; gestos sexualmente sugerentes; bromas sexuales; lenguaje vulgar; conmovedor; asalto físico; poseer, distribuir o publicar revistas, imágenes, carteles, objetos o materiales sexualmente explícitos o sugestivos; comentarios despectivos sobre el género; referencias a las partes del cuerpo de una persona; solicitudes de actividad sexual; y/o conversación sexualmente explícita.

Nos tomamos muy en serio las denuncias de acoso. Si cree que es víctima de acoso por parte de cualquier persona (incluidos supervisores, compañeros de trabajo, invitados, proveedores o visitantes), debe hacer lo siguiente:

1. Si es posible, documente o registre de otro modo cada incidente de presunto acoso, incluida la fecha, la hora, el lugar, lo que se dijo o hizo y las circunstancias circundantes.

# HOGSALT

936 W | Huron Chicago | IL 60642 | contact@hogsalt.com

2. Si se siente cómodo haciéndolo, comunique clara y directamente a la persona infractora que su conducta no es bienvenida y solicite que cese la conducta ofensiva.

3. Al mismo tiempo, debe informar inmediatamente sobre el asunto a su gerente. Si su gerente está involucrado de alguna manera en el acoso, o si no se siente cómodo hablando con él, debe informar este asunto a cualquier otro miembro de la gerencia o directamente a Recursos Humanos.

4. Los gerentes y supervisores deben informar de inmediato a Recursos Humanos cualquier incidente que conozcan u observen que pueda constituir una violación de esta política

Debido a su naturaleza delicada, todas las quejas de acoso se investigarán con cuidado y se respetará la privacidad de la persona que presenta la queja y de la persona acusada de acoso en la medida de lo posible. La Compañía investigará activamente todas las denuncias de acoso y, si se determina que ha ocurrido acoso, la gerencia tomará las medidas disciplinarias apropiadas contra la parte infractora, que pueden incluir el despido.

Las represalias son ilegales según las leyes federales, estatales y locales, incluso en la Ciudad de Chicago. No se tolerarán las represalias contra cualquier persona que de buena fe se haya quejado de acoso, haya presentado una acusación de acoso o haya participado de otra manera en una investigación de acoso. Además, ningún supervisor, gerente o funcionario tiene la autoridad para exigirle que tolere o esté de acuerdo con cualquier conducta que viole esta política para recibir algún beneficio laboral, incluida la compensación, deberes, asignaciones, promociones, etc. Tales actividades son ilegales y resultará en disciplina severa, hasta e incluyendo el despido.

El acoso sexual es ilegal según las leyes federales, estatales y locales, incluso en la ciudad de Chicago. Si bien esperamos poder resolver cualquier queja de acoso dentro de la organización, reconocemos su derecho a comunicarse con las agencias gubernamentales si cree que es víctima de acoso sexual. Estos incluyen: el Departamento de Derechos Humanos de Illinois (IDHR) en 222 South College, Floor 1, Springfield, Illinois 62704, o en 555 West Monroe St., Suite 700, Chicago, Illinois 60661, o llamando al: (312) 814- 6200; la Comisión de Igualdad de Oportunidades en el Empleo de los Estados Unidos (EEOC) en 500 West Madison Street, Suite 2800, Chicago, IL 60661; o la Comisión de Relaciones Humanas de Chicago (CCHR), 740 N. Sedgwick St., Suite 400, Chicago, IL 60654 o llamando al: (312) 744-4111. Se debe presentar un cargo ante IDHR dentro de los 300 días posteriores al incidente de acoso sexual. Se debe presentar un cargo ante la EEOC dentro de los 300 días posteriores al incidente. Se debe presentar una Queja ante la Comisión de Relaciones Humanas de Chicago dentro de los 365 días. Para obtener información adicional sobre los derechos y responsabilidades de los empleados, consulte nuestro cartel titulado "La igualdad de oportunidades en el empleo es la ley".

Documents\4864-9148-3173.v1-6/27/22

HOGSALT

936 W | Huron Chicago | IL 60642 | contact@hogsalt.com

Se requiere que todos los empleados asistan a un mínimo de una hora de capacitación en prevención del acoso sexual cada año, y los supervisores y gerentes deben asistir a un mínimo de dos horas de capacitación en prevención del acoso sexual cada año. Todos los empleados, supervisores y gerentes deben asistir a un mínimo de una hora de capacitación para espectadores sobre acoso sexual cada año.

Esta sección describe los principios básicos de nuestro enfoque a las denuncias de acoso. Para obtener detalles específicos del estado, consulte el apéndice del Manual que le corresponda, disponible en Paylocity.

Documents\4864-9148-3173.v1-6/27/22

<u>MUTUAL ARBITRATION AGREEMENT</u>

This Mutual Arbitration Agreement (Agreement) is by and between, _____, including its parents, subsidiaries, affiliates, sister companies, successors and assigns, whether existing today or hereafter created or acquired (hereinafter referred to collectively as the "Company") and _____ ("Employee"). We hope that we will have a valuable and mutually beneficial relationship. In the unlikely event of a dispute, the Company believes that prompt and efficient resolution of any disputes with employees is in everyone's best interest. Arbitration provides the best way to resolve disputes in a prompt and efficient matter.  This Arbitration Agreement explains how both the Company and employees can submit disputes to arbitration. However, we still maintain an open door policy. Therefore, nothing in this Agreement prohibits you from reporting concerns about your employment, including inappropriate conduct by employees, customers, visitors and vendors.

1.  <u>Consideration for Agreement</u>.  In consideration for Employee's employment by the Company and continued employment, Employee's receipt of compensation and other benefits from the Company, and the Company's agreement herein to arbitrate, Employee agrees to participate in, and be bound by, the procedures set forth in this Agreement. In consideration for the services provided to the Company by Employee, and Employee's agreement herein to arbitrate, the Company agrees to participate in, and be bound by, the procedures set forth in this Agreement.

2.  <u>Claims Subject to Arbitration</u>.  Except as provided herein, this Agreement applies to any legal or equitable claim, demand, or dispute between Employee (including Employee's agents, administrators, or assigns) and the Company (including its parents, affiliates, successors, assigns, agents, officers, directors, employees, and administrators) which in any way relates to or arises from:

- claims related to Employee's compensation with the Company brought under any federal, state or local statute, law, ordinance, regulation or order or the common law of any state, including without limitation claims relating to Employee's wages, tips, bonuses, overtime pay, vacation pay, improper deductions, and expense reimbursements;

- claims for discrimination, retaliation, harassment, or denial of equal employment opportunity;

- claims relating to employee benefits or working conditions, including without limitation claims related to a paid or unpaid leaves of absence, and employee benefit plans;

- common law claims, including without limitation claims alleging negligence, defamation, public policy tort, infliction of emotional distress, fraud, or misrepresentation; and

- civil claims that the Company may have against Employee relating to Employee's employment with the Company, including without limitation claims for theft, nonpayment of debts, breach of fiduciary duties, and fraud.

3.  <u>Exclusions</u>.  Notwithstanding any other provision in this Agreement, this Agreement does not apply to:

- filing a claim for medical and disability benefits under the Workers' Compensation Act or unemployment compensation benefits under the Unemployment Insurance Act or any state law counterpart;

- reporting any good faith allegations of unlawful employment practices to a government agency;

- participating in a proceeding or investigation before the U.S. Equal Employment Opportunity Commission, state and local counterpart agencies, , the Occupational Safety & Health Administration or the National Labor Relations Board;

- filing claims for sexual harassment and sexual assault under a federal, state or local law or ordinance (however, Employee and the Company may voluntarily agree to arbitrate these claims);

1

- reporting any good faith allegation of criminal conduct to any appropriate federal, state or local official;

- making any truthful statements or disclosures required by law, regulation or legal process;

- requesting or receiving confidential legal advice; and

- the Company filing a claim for injunctive or equitable relief, including without limitation claims related to unauthorized disclosure of confidential information, trade secrets, intellectual property, or unfair competition.

4.  <u>Applicable Law</u>.

- The Federal Arbitration Act shall govern this Agreement, including any actions to compel, enforce, vacate or confirm proceedings, awards, orders of the arbitrator, or settlements under this Agreement.

- This Agreement preserves but does not broaden or add to the substantive legal rights, remedies, and defenses that would be available to Employee and the Company in a court based on the claims asserted. The law of the State of Illinois and/or federal law, as applicable, shall the interpretation of this Agreement. The arbitrator shall have the authority to apply the applicable law and to order any remedies, legal or equitable, which a party could obtain from a court.

- The arbitrator may award a prevailing party reasonable attorneys' fees as part of the award only to the extent that the discretion, right and power to award such fees is provided under applicable law.

5.  <u>Procedures</u>.

- A party shall be required to exhaust administrative remedies to the extent required by law before proceeding to arbitration under this Agreement. To the extent a state or local law provides for an adjudication on the merits of Employee's claim, such claim(s) must proceed to arbitration, even though the adjudication is before a department or agency of state or local government.

- The complaining party shall deliver a written demand for arbitration to the other party within the applicable statute of limitations that governs the asserted claim. Where Employee seeks arbitration, the written demand for arbitration must be filed with the American Arbitration Association ("AAA") with a copy delivered to the Company's Human Resources Director. A party's failure to timely file a written demand for arbitration within the applicable statute of limitations that governs the asserted claim(s) shall bar that party from pursuing that claim(s).

- The arbitration shall be conducted in the state where Employee works, unless otherwise agreed to by the Company and Employee.

- The costs of arbitration, including the fees and expenses of the arbitrators, shall be shared equally by the parties unless otherwise required by law or directed by the arbitrator in his/her award. Each side to the claim or dispute shall pay its own attorneys' fees unless the arbitrator determines, in accordance with applicable law, that attorneys' fees must be apportioned in a different manner pursuant to legal authority permitting awards of attorneys' fees.

- The decision of the arbitrator shall be final and binding, subject to the Federal Arbitration Act.

6.  <u>Class Waiver</u>.  Except as otherwise required under applicable law:

- Employee and the Company shall only submit their own, individual claims in arbitration and will not seek to represent the interests of any other person. Therefore, Employee and the Company expressly intend and agree

2

that class action, collective action, or private attorney general action, and representative action procedures shall not be asserted, nor will they apply, in any arbitration;

- this Agreement prohibits the Employee and the Company from filing, joining, opting into, becoming a class member in, or recovering through a class action, collective action, representative action or similar court proceeding;

- Notwithstanding the waiver of an employee's right to bring or participate in a class, collective or other representative proceeding, employees may have a statutory right (e.g., under the National Labor Relations Act) to act concertedly on behalf of themselves and others to challenge the enforceability of this Agreement in any forum.

7. <u>Confidentiality</u>. All aspects of the mediation and arbitration processes, including the Employee's claims, allegations, written and oral discovery, the hearing, and the record of the proceeding, are confidential and shall not be open or disclosed to any third party or the public except to the extent both parties agree otherwise in writing, to the extent required in any subsequent proceedings between the parties, or to the extent required in response to a governmental agency or legal process.

8. <u>Waiver of Right To Sue</u>. Employee and the Company expressly waive any right to resolve any dispute covered by this Agreement by filing suit in court for trial by a judge or jury.

9. <u>Right to An Attorney</u>. Employee has the right to consultant with an attorney before signing this Agreement.

**I HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE ARBITRATION AGREEMENT.**
**PLEASE READ CAREFULLY BEFORE SIGNING.**

_____
Employee Signature


_____
Date

<u>ACUERDO DE ARBITRAJE MUTUO</u>

Este Acuerdo de Arbitraje Mutuo (Acuerdo) es firmado por y entre, _____, incluidas sus empresas matrices, subsidiarias, afiliadas, empresas hermanas, sucesores y cesionarios (en adelante, llamadas colectivamente como la "Empresa") y _____ ("Empleado"). Esperamos tener una relación valiosa y mutuamente beneficiosa. En el caso improbable de que surja una disputa, la Empresa cree que la resolución rápida y eficiente de cualquier disputa con los empleados es lo mejor para todos. El arbitraje brinda la mejor forma de resolver disputas de manera rápida y eficiente. Este Acuerdo de Arbitraje explica cómo tanto la Empresa como los empleados pueden someter sus disputas a arbitraje. Sin embargo, aún mantenemos una política de puertas abiertas. Por lo tanto, nada en este Acuerdo le prohíbe informar de sus preocupaciones sobre su empleo, incluida la conducta inapropiada de empleados, clientes, visitantes y proveedores.

1. <u>Consideración del Acuerdo</u>. En contraprestación por el empleo del Empleado por parte de la Empresa y su empleo continuo, el recibo de compensación y otros beneficios del Empleado de parte de la Empresa, y el acuerdo de arbitraje de la Empresa en este documento, el Empleado acepta participar y estar sujeto a los procedimientos establecidos en este Acuerdo. En contraprestación por los servicios prestados a la Empresa por el Empleado, y el acuerdo del Empleado de arbitrar en el presente documento, la Empresa acepta participar y estar sujeta a los procedimientos establecidos en este Acuerdo.

2. <u>Reclamos sujetos a Arbitraje</u>. Salvo lo dispuesto en el presente documento, el presente Acuerdo se aplica a cualquier reclamación, demanda o disputa legal o equitativa entre el Empleado (incluidos los agentes, administradores o cesionarios del Empleado) y la Empresa (incluidas sus empresas matrices, filiales, sucesores, cesionarios, agentes, funcionarios, directores, empleados y administradores) que de alguna manera se relacione con o surja de:

- reclamos relacionados con la compensación del Empleado con la Empresa presentados en virtud de cualquier estatuto, ley, ordenanza, regulación u orden federal, estatal o local o la ley consuetudinaria de cualquier estado, incluidos, entre otros, reclamos relacionados con salarios, propinas, bonificaciones, pago de horas extras, vacaciones del Empleado, deducciones indebidas y reembolsos de gastos;

- reclamos por discriminación, represalias, acoso o negación de igualdad de oportunidades laborales;

- reclamos relacionados con los beneficios de los empleados o las condiciones de trabajo, incluidos, entre otros, reclamos relacionados con permisos de ausencia pagados o no pagados y planes de beneficios para empleados;

- reclamos de derecho consuetudinario, incluidos, entre otros, reclamos que alegan negligencia, difamación, agravio de política pública, imposición de angustia emocional, fraude o tergiversación; y

- reclamos civiles que la Empresa pueda tener contra el Empleado en relación con el empleo del Empleado en la Empresa, incluidos, entre otros, reclamos por robo, falta de pago de deudas, incumplimiento de deberes fiduciarios y fraude.

3. <u>Exclusiones</u>. Sin perjuicio de cualquier otra disposición en este Acuerdo, este Acuerdo no se aplica a:

- presentar un reclamo de beneficios médicos y por discapacidad en virtud de la Ley de Indemnización por Accidentes de Trabajo o beneficios de indemnización por desempleo en virtud de la Ley de Seguro de Desempleo o cualquier equivalente de la ley estatal;

- informar de cualquier denuncia de buena fe de prácticas laborales ilegales a una agencia gubernamental;

- participar en un procedimiento o una investigación ante la Comisión de Igualdad de Oportunidades en el Empleo de Estados Unidos, las agencias homólogas estatales y locales, la Administración de Salud y Seguridad Ocupacional o la Junta Nacional de Relaciones Laborales;

- presentar reclamos por acoso sexual y agresión sexual en virtud de una ley u ordenanza federal, estatal o local (sin embargo, el Empleado y la Empresa pueden acordar voluntariamente arbitrar estos reclamos);

- informar de cualquier acusación de buena fe de conducta delictiva a cualquier funcionario federal, estatal o local apropiado;

- hacer declaraciones veraces o divulgaciones requeridas por ley, regulación o proceso legal;

- solicitar o recibir asesoramiento legal confidencial; y

- que la Empresa que presente un reclamo de medidas cautelares o equitativas, incluidos, entre otros, reclamos relacionados con la divulgación no autorizada de información confidencial, secretos comerciales, propiedad intelectual o competencia desleal.

4.  <u>Legislación Aplicable</u>.

- La Ley Federal de Arbitraje regirá este Acuerdo, incluidas las acciones para obligar, hacer cumplir, anular o confirmar procedimientos, laudos, órdenes del árbitro o acuerdos en virtud de este Acuerdo.

- Este Acuerdo conserva, pero no amplía ni agrega, los derechos, los recursos y las defensas legales sustantivos que estarían disponibles para el Empleado y la Empresa en un tribunal en función de los reclamos presentados. La ley del Estado de Illinois y/o la ley federal, según corresponda, será la interpretación de este Acuerdo. El árbitro tendrá la autoridad para implementar la ley aplicable y ordenar los recursos, legales o equitativos, que una parte pueda obtener de un tribunal.

- El árbitro puede otorgar a la parte vencedora honorarios razonables de abogados como parte del laudo solo en la medida en que la ley aplicable proporcione la discreción, el derecho y la facultad de otorgar dichos honorarios.

5.  <u>Procedimientos</u>.

- Se requerirá que una parte agote los recursos administrativos a la medida exigida por la ley antes de proceder al arbitraje conforme a este Acuerdo. En la medida en que una ley estatal o local prevea una adjudicación sobre el mérito del reclamo del Empleado, dicho reclamo debe proceder a arbitraje, a pesar de que la adjudicación sea ante un departamento o agencia del gobierno estatal o local.

- La parte reclamante deberá entregar una solicitud de arbitraje por escrito a la otra parte dentro del plazo de prescripción aplicable que rige la reclamación presentada.  Cuando el Empleado procure un arbitraje, la demanda de arbitraje por escrito debe ser presentada ante la Asociación Americana de Arbitraje ("AAA") con una copia entregada al Director de Recursos Humanos de la Empresa.  Si una parte no presenta a tiempo una demanda de arbitraje por escrito dentro del plazo de prescripción que rige el(los) reclamo(s) presentado(s) impedirá(n) que esa parte siga adelante con dicho(s) reclamo(s).

- El arbitraje se llevará a cabo en el estado donde trabaja el Empleado, a menos que la Empresa y el Empleado acuerden lo contrario.

- Los costos del arbitraje, incluidos los honorarios y gastos de los árbitros, serán compartidos equitativamente por las partes, a menos que la ley establezca lo contrario o el árbitro lo ordene en su laudo.  Cada parte de la demanda o disputa pagará sus propios honorarios de abogados a menos que el árbitro determine, de conformidad con la legislación aplicable, que los honorarios de abogados deben repartirse de forma diferente en virtud de la autoridad legal que permita adjudicaciones de honorarios de abogados.

- La decisión del árbitro será definitiva y vinculante, sujeta a la Ley Federal de Arbitraje.

6. <u>Renuncia a las demandas colectivas</u>.  Salvo que difiera de lo exigido por la ley aplicable:

- El Empleado y la Empresa solo presentarán sus propios reclamos individuales en arbitraje y no buscarán representar los intereses de ninguna otra persona. Por lo tanto, el Empleado y la Empresa expresamente tienen la intención y acuerdan que los procedimientos de demanda colectiva, acción conjunta o acción de abogado general privado y acción representativa no se harán valer, ni se aplicarán, en ningún arbitraje;

- este Acuerdo prohíbe que el Empleado y la Empresa presenten, se unan, opten por participar, se conviertan en miembros de una clase o se recuperen a través de una demanda colectiva, acción conjunta, acción representativa o procedimiento judicial similar;

- A pesar de la renuncia al derecho de llevar o participar en una demanda colectiva, conjunta u otro procedimiento representativo, el Empleado conserva el derecho legal (por ejemplo, conforme a la Ley Nacional de Relaciones Laborales) para actuar concertadamente en nombre de sí mismo y de otras personas para cuestionar la aplicabilidad de este Acuerdo en cualquier foro.

7. <u>Confidencialidad.</u>  Todos los aspectos de los procesos de mediación y arbitraje, incluidos los reclamos de los Empleados, las alegaciones, la presentación de pruebas escritas y orales, la audiencia, y el expediente del procedimiento, son confidenciales y no serán abiertos o revelados a terceros o al público, salvo en la medida que ambas partes acuerden lo contrario por escrito, en la medida necesaria, en todo procedimiento ulterior entre las partes, o en la medida requerida en respuesta a una agencia gubernamental o un proceso legal.

8. <u>Renuncia al derecho a demandar</u>. El Empleado y la Empresa renuncian expresamente a cualquier derecho a resolver cualquier controversia que abarque el presente Acuerdo mediante la presentación de una demanda en el tribunal para ser juzgada por un juez o un jurado.

9. <u>Derecho a un abogado</u>. El Empleado tiene derecho a consultar con un abogado antes de firmar este Acuerdo.

**HE LEÍDO, ENTIENDO Y ACEPTO EL ACUERDO MUTUO DE
ARBITRAJE ANTERIOR. POR FAVOR, LEA
ATENTAMENTE ANTES DE FIRMAR.**

_____
Firma del Empleado


_____
Fecha