MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------------X

YUNIASIH THE,

                        Plaintiff,

    v.

HOGSALT,

                        Defendant.
X------------------------------------------------------------------X

Case No. 1: 25-cv-06755

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Grace Thoeny dated October 27, 2025, the Declaration Susie Winterson dated November 3, 2025, and all pleadings and papers on file herein, Defendant Hogsalt ("Hogsalt"), will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4: (1) compelling plaintiff Yuniasih The to arbitrate all of her claims against Hogsalt; and (2) staying this action pending the outcome of the arbitration proceedings.

Dated: New York, New York

   November 3, 2025

                                        GORDON REES SCULLY
                                        MANSUKHANI, LLP

                                        By: */s/ Mercedes Colwin*
                                            Mercedes Colwin, Esq.
                                            Francis J. Giambalvo, Esq.
                                            Talysia Francis, Esq.
                                            Hannah Kucine, Esq.
                                            *Attorneys for Defendants*
                                            1 Battery Park Plaza, 28th Floor
                                            New York, NY 10004
                                            (212) 269-5500
                                            mcolwin@grsm.com
                                            fgiambalvo@grsm.com
                                            tfrancis@grsm.com
                                            hkucine@grsm.com

This Notice names a district judge that is not assigned to this matter.  In any case, the Court notes that all motions have been referred to the undersigned per Docket # 5.  While the Court has a pre-motion conference requirement in paragraph 2.A of its Individual Practices, the Court will not require compliance with that requirement in this instance.  This Notice of Motion is still infirm, however, for failing to comply with paragraph 2.B of this Court's Individual Practices.  Defendants shall file a new notice of motion forthwith that complies with that paragraph.  In the meantime, this Notice is deemed withdrawn.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 4, 2025