UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YUNIASIH THE                                          :

                Plaintiff,                     :

                                                          ORDER

                                                          25 Civ. 6755 (DEH) (GWG)

    -v.-                                                       :

HOGSALT.,                                              :

                Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Defendant Hogsalt has filed to comply with the Court's Order of November 4, 2025 (Docket # 24).  Defendant shall comply with that Order on or before November 21, 2025.  If defendant fails to do so, the Court will assume that it no longer seeks to compel arbitration.

      SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge