UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YUNIASIH THE,

                        Plaintiff,                      Case No. 1:25-cv-06755

      v.

                                                            **NOTICE OF MOTION**

HOGSALT, PAY DAY LLC, PARENT OF HOGSALT,
LLC, and UMBRELLA OF HOGSALT LLC,

                        Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Grace Thoeny dated October 27, 2025, the Declaration Susie Winterson dated December 19, 2025, and all pleadings and papers on file herein, Defendants Hogsalt, Pay Day LLC, Parent of Hogsalt, LLC, and Umbrella of Hogsalt, Inc. ("Defendants") will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4: (1) compelling plaintiff Yuniasih The to arbitrate all of her claims against Defendants; and (2) staying this action pending the outcome of the arbitration proceedings.

       Pursuant to Paragraph 2.B of the Court's Individual Practices, the Parties have conferred and respectfully request the Court enter the following briefing schedule for this motion: Plaintiff's opposition shall be filed on or before January 16, 2026, and Defendants' reply shall be filed on or before February 6, 2026.

Dated:  New York, New York

        December 31, 2025

        GORDON REES SCULLY
        MANSUKHANI, LLP

By: */s/ Mercedes Colwin*
    Mercedes Colwin, Esq.
    Francis J. Giambalvo, Esq.
    Talysia Francis, Esq.
    Hannah Kucine, Esq.
    *Attorneys for Defendants*
    1 Battery Park Plaza, 28th Floor
    New York, NY 10004
    (212) 269-5500
    mcolwin@grsm.com
    fgiambalvo@grsm.com
    tfrancis@grsm.com
    hkucine@grsm.com